UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:21CR0259 RLW |
| v. | ) |
| | ) |
| XAVIER BROWN, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Assistant Federal Public Defender Kevin B. Gau enters his appearance as appointed counsel of record for the Defendant Xavier Brown replacing all counsel who have previously appeared on behalf of the Defendant.

Respectfully submitted,

/s/Kevin B. Gau
KEVIN B. GAU    51595MO
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Kevin_Gau@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on 05/21/2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Kevin B. Gau
KEVIN B. GAU   51595MO