RECEIVED

AUG -3 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

United State of America )
) Case no. 4:21CR259 RLW/SPM
v. Xaviar brown )
) 8/3/ , 2021

MEMORANDUM FOR CLERK

Evidence of Identity

*Xaviar brown* (signature)

Please circle which applies: (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant



# STATE OF MISSOURI
## Office of Secretary of State

I, **JOHN R. ASHCROFT**, Secretary of State of the State of Missouri, and Keeper of the Great Seal thereof, hereby certify that **KENNETH J. PALERMO,** whose name is affixed to the annexed certificate was on the 29th **day of APRIL, 2021, State Registrar of Vital Statistics** , within and for the Department of Health & Senior Services in the State of Missouri duly commissioned and qualified according to law, and duly authorized according to the laws of said State to grant said Certificate, and that full faith and credit are due his official acts.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 29th day of April, 2021.



*Secretary of State*

Comm. 15A (01/2017)

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT
(Do not accept if reproduced, or if seal impression cannot be felt.)

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (sec. 193.245, 193.255, & 193.315, RSMo 2004.)

STATE OF MISSOURI
CITY OF JEFFERSON } ss   I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health and Senior Services. Witness my hand as State Registrar of Vital Records and the Seal of the Missouri Department of Health and Senior Services this date of



APR 29 2021

MO 580-1241 (2-2020)

Kenneth A. Palermo
State Registrar

VS-804B

DEPARTMENT OF SOCIAL SERVICES – MISSOURI DIVISION OF HEALTH
CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER 124 76 205740

FILED SEP 15 1976

CHILD: Xaiviar - Brown
DATE OF BIRTH: June 20, 1976  9:29 P.M
SEX: Male   THIS BIRTH: Single
CITY, TOWN, OR LOCATION OF BIRTH: St. Louis   INSIDE CITY LIMITS: Yes   HOSPITAL-NAME: Barnes

MOTHER—MAIDEN NAME: Virginia - Brown   AGE: 22   STATE OF BIRTH: Missouri
RESIDENCE—STATE: Missouri   CITY: St. Louis 63120   INSIDE CITY LIMITS: Yes   STREET AND NUMBER: 4529 Emerson

FATHER—NAME: Edward - Prophet

INFORMANT: Virginia Brown   RELATION TO CHILD: Mother

CERTIFIER: Richard M. Sandefur, JR MD T-6064   DATE SIGNED: 8-10-76
MAILING ADDRESS: Barnes Hospital Pl., St. Louis 53110

REGISTRAR SIGNATURE: Helen L. Bruess, M.D.
DATE RECEIVED BY LOCAL REGISTRAR: SEP 11 1976