# UNITED STATES OF AMERICA AFFIDAVIT OF CITIZENSHIP

**STATE OF MISSOURI**

**COUNTY OF SAINT LOUIS**

I, the Affiant, who goes xaiviar brown, a man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no voluntary contract with a BAR attorney, is without an attorney, and having never been lawfully(pertaining to man or woman under common law) re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of MISSOURI in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and States: I'm a citizen of the United States of America and give legal notice to law enforcement agents and officers of the court you are hereby notified that the holder of this document is not under your jurisdiction, and an official diplomatic representative of the Republic State of MISSOURI and must be given due respect and freedom from local, county state and U. S statutes codes rules and regulations. Failure to do so will result in human rights violation under international law.

I was born in the Republic State of MISSOURI which makes me a Citizen of all states, and one of the people, and a beneficiary of, the republic U.S.A. constitution of 1789/1791. This affidavit is made for the sole purpose of reclaiming my citizenship, my passport and birth certificate will be used to certify my state citizenship. A State Citizen has absolute freedom and liberty protected by our founding documents. The birth certificate attached and or a copy of my state passport will verify that I was born in the Republic State of MISSOURI I'm not a citizen of the federal corporation the District of Columbia, also known as USDC or the UNITED STATES. The term **"United States" means— (A) a Federal corporation;** see 28 USC 3002 (15), a U.S. citizen is a legal fiction / U.S. corporation and has no rights secured by the constitution. A State Citizen is a Citizen of the United States. But **not** the same as a 14th amendment "Citizen of the United States". And the 14th amendment fell two states short of being ratified. So it does not lawfully exist.

A 14th amendment citizen is born in the United States which is a federal territory and subject to congress. This is not the same as being born in one of the several states of the Union. **The United States of America is the dejure republic government, not the United States which is the corporation.** The preamble to the constitution establishes the United States of America, not the United States. So we have **Two Different and Distinct National Governments.** See: *U.S. v. Anthony 24 Fed. 829 (1873) "The term resident and citizen of the United States* (this means 14th amendment citizen) *is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." See case law... "Taxpayers are not [de jure] State Citizens." Belmont v. Town of Gulfport, 122 So. 10.*

There is a great deal of confusion in this area, I hope this affidavit will clear up the misunderstanding for the parties, court and certify my State citizenship.

I believe the confusion started when my parents signed me up at birth for s social security number when my parents checked off that I was a U.S. citizen on the SS-5 application. And then I continued to claim to be a U.S. citizen not aware of the fact there were two different meaning for a state citizens. The U.S. in this case, is the federal corporation the District of Columbia, also known as USDC or the UNITED STATES. It was created by the **congressional act of 1871.**

Also see **28 USC 3002 (15) "United States" means— (A) a Federal corporation;**

I'm being injured in that I'm being deprived rights under color of law 18 USC 241 and 18 USC-242 18 U.S. Code § 1545. Safe conduct violation, protects me as a state citizen and "Whoever violates any safe conduct or passport duly obtained and issued under authority of the United States shall be fined under this title, imprisoned not more than 10 years, or both."

I'm a State Citizen of the Republic State of MISSOURI and therefore

Not subject to illegal property tax collections.

FURTHER AFFIANT SAITH NOT.

I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of MISSOURI the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that xaiviar brown executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this __6__ day of May in the year 2021, under penalty of perjury under the laws of the United States of America.

_____
Xaiviar BROWN

SUBSCRIBED AND SWORN to this __6th__ day of May, 2021.

NAME __Tenika King__

TENIKA JANELLE KING
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Jan. 29, 2023
Commission # 18928773

Notary Public; in and for __St Louis County__

3
Affidavit of State Citizenship