

**CERTIFICATE OF SERVICE**   4:21CR00259 RLW/SRW

I hereby certify that on 8/19/2021 the foregoing documents (NOTICE: JURISDICTIONAL CHALLENGE) was mailed out on 8/19/2021 ( shipped by FEDEX , scheduled for next day delivery on 8/20/2021 , direct signature required) and was received by LINDA R. LANE(prosecuting attorney),STEPHEH R. WELBY (magistrate judge) and ERIC SCHMITT( MISSOURI ATTORNEY GENERAL ) to be recorded , filed stamped and dated into the record for the alleged Defendant (XAVIER BROWN case number 4:21CR00259 RLW/SRW) for the date of 8/20/2021 the date received.

*Xaiviar brown*   date: 8/20/2021

xaiviar brown

Without Prejudice UCC 1-308

xaiviar's brown's **Permanent Address:**

Rural Route Delivery

7910 page ave.

Saint Louis, Missouri  63133

Mailed to the following:

| Thomas F. Eagleton Building | Thomas F. Eagleton building | Missouri Attorney General's Office |
|---|---|---|
| UNITED STATES COURT HOUSE | UNITED STATES COURT HOUSE | Supreme Court building |
| LIND R. LANE (Prosecutor) | STEPHEN R. WELBY (Judge) | ERIC SCHMITT (Attorney General) |
| 111 S.10TH. ST. | 111 S. 10th. St | 207 W. HIGH St. |
| St. Louis,Mo.63102 | St. Louis, Mo. 63102 | P.O. Box 899 |

# FedEx Office

Address: 700 OLIVE STREET
ST LOUIS
MO 63101
Location: CPSKI
Device ID: -BTC02
Transaction: 940309791585

**FedEx Ground**
282755892725   0.15 lb (S)   15.72
Direct Signature Required
Declared Value   100
Recipient Address:
Linda R Lane
111 South 10th St
Saint Louis, MO 63102
0000000000

← Linda R. Lane

Scheduled Delivery Date 8/20/2021

Pricing option:
STANDARD RATE

Package Information:
Your Packaging
11 x 9 x 1

**FedEx Ground**
282756054615   0.15 lb (S)   15.72
Direct Signature Required
Declared Value   100
Recipient Address:
Stephen R Welby
111 South 10th St
Saint Louis, MO 63102
0000000000

← Stephen R Welby

Scheduled Delivery Date 8/20/2021

Pricing option:
STANDARD RATE

Package Information:
Your Packaging
11 x 9 x 1

**FedEx Standard Overnight**   Check on 8/20/21 2:48 Being Delivered.
282756191597   0.10 lb (S)   32.50
Direct Signature Required
Declared Value   100
Recipient Address:
Eric Schmitt   ← Eric Schmitt
207 W High St
PO Box 899
Jefferson City, MO 65102
0000000000

Scheduled Delivery Date 8/20/2021

Pricing option:
ONE RATE

Package Information:
FedEx Envelope

Mailr Pht Doc 9x11.5
771342339362        2  (T)      $3.78

Shipment subtotal:           $63.94
Merchandise taxable subtotal: $3.78
Tax(City): 5.454%             $0.21
Tax(MO): 4.225%               $0.16

Total Due:                   $68.09

(S) CreditCard:              $68.09
************2627

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service
Guide at fedex.com for details. All merchandise
sales final. FedEx disclaims all warranties,
express or implied, including, without limitation,
the implied warranties of merchantability and fitness
for a particular purpose. This packaging sold 'as is'
'with all faults.' By paying for and accepting this
packaging, you agree to release and hold FedEx
harmless for any claims, suits, disputes or causes of
action relating to this packaging as well as any
related incidental or consequential damages incurred
by you or any other party.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Aug 19, 2021 2:03:01 PM

**FedEx.**

RECEIVED
AUG 23 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Schmitt

4:21CR00259 RLW/SRW

TRACK ANOTHER SHIPMENT

282756191597

ADD NICKNAME

☆  ⓘ

## Delivered
### Friday, August 20, 2021 at 11:34 am

●────────●────────●────────✓

**DELIVERED**
Signed for by: S.SILVEY

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

Direct signature required ⓘ

| FROM | TO |
|---|---|
| SAINT LOUIS, MO US | Jefferson City, MO US |

## Travel History

**TIME ZONE**
Local Scan Time                                                                    ⌄

**Friday, August 20, 2021**

| Time | Location | Status |
|---|---|---|
| 11:34 AM | Jefferson City, MO | Delivered |
| 9:19 AM | JEFFERSON CITY, MO | On FedEx vehicle for delivery |
| 8:04 AM | JEFFERSON CITY, MO | At local FedEx facility |
| 8:01 AM | COLUMBIA, MO | Left FedEx origin facility |
| 5:47 AM | BERKELEY, MO | At destination sort facility |

**Thursday, August 19, 2021**

| Time | Location | Status |
|---|---|---|
| 5:49 PM | ST. LOUIS, MO | Picked up |
| 2:02 PM | | Shipment information sent to FedEx |
| 2:02 PM | ST LOUIS, MO | Picked up<br>Tendered at FedEx Office |

## Shipment Facts

**TRACKING NUMBER**
282756191597

**DELIVERED TO**
Receptionist/Front Desk

**TERMS**
Shipper

**SHIP DATE**
8/19/21

**ACTUAL DELIVERY**
8/20/21 at 11:34 am

**SERVICE**
FedEx Standard Overnight

**TOTAL PIECES**
1

**PACKAGING**
FedEx Envelope

**SIGNATURE SERVICES**
Direct signature required

**WEIGHT**
0.5 lbs / 0.23 kgs

**TOTAL SHIPMENT WEIGHT**
0.5 lbs / 0.23 kgs

**SPECIAL HANDLING SECTION**
Deliver Weekday, Direct Signature Required

**STANDARD TRANSIT**
8/20/21 before 4:30 pm

**FedEx**

August 22, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 282756191597

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | S.SILVEY | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | Jefferson City, MO, |
| | | **Delivery date:** | Aug 20, 2021 11:34 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 282756191597 | **Ship Date:** | Aug 19, 2021 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| Jefferson City, MO, US, | | SAINT LOUIS, MO, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx.** Stephen R Welby.    4:21CR00259 RLW/SRW

RECEIVED

AUG 23 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

TRACK ANOTHER SHIPMENT

282756054615

ADD NICKNAME

## Delivered
### Friday, August 20, 2021 at 4:35 pm

**DELIVERED**
Signed for by: SWELBY

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

Direct signature required

## Request proof of delivery

For a detailed proof of delivery, enter the 9-digit shipper or payer FedEx account number associated with this shipment.

**ACCOUNT NUMBER (OPTIONAL)**

**VIEW PDF**

CANCEL

**FROM**
SAINT LOUIS, MO US

**TO**
Saint Louis, MO US

Travel History

**TIME ZONE**
Local Scan Time

Friday, August 20, 2021

| Time | Location | Status |
|---|---|---|
| 4:35 PM | Saint Louis, MO | Delivered |
| 5:41 AM | SAINT LOUIS, MO | On FedEx vehicle for delivery |
| 4:56 AM | SAINT LOUIS, MO | At local FedEx facility |

**Thursday, August 19, 2021**

| Time | Location | Status |
|---|---|---|
| 9:09 PM | SAINT LOUIS, MO | Arrived at FedEx location |
| 6:22 PM | SAINT LOUIS, MO | Picked up |
| 2:14 PM | | Shipment information sent to FedEx |
| 2:05 PM | ST LOUIS, MO | In FedEx possession / Tendered at FedEx location |

## Shipment Facts

**TRACKING NUMBER**
282756054615

**SERVICE**
FedEx Ground

**WEIGHT**
0.1 lbs / 0.05 kgs

**TOTAL PIECES**
1

**TERMS**
Shipper

**PACKAGING**
Package

**SPECIAL HANDLING SECTION**
Direct Signature Required

**SHIP DATE**
8/19/21

**SIGNATURE SERVICES**
Direct signature required

**STANDARD TRANSIT**
8/20/21

**ACTUAL DELIVERY**
8/20/21 at 4:35 pm

**FedEx**

August 23, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 282756054615

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | SWELBY | **Delivery Location:** | |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | Direct Signature Required | | Saint Louis, MO, |
| | | **Delivery date:** | Aug 20, 2021 16:35 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 282756054615 | **Ship Date:** | Aug 19, 2021 |
| | | **Weight:** | 0.1 LB/0.05 KG |
| **Recipient:** | | **Shipper:** | |
| Saint Louis, MO, US, | | SAINT LOUIS, MO, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx** Linda R. Lane                                                                 4:21CR00259RLW/SRW

**RECEIVED**
**AUG 23 2021**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

TRACK ANOTHER SHIPMENT

282755892725
ADD NICKNAME

## Delivered
### Friday, August 20, 2021 at 4:32 pm

**DELIVERED**
Signed for by: EDORSEY

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

Direct signature required

**FROM**
SAINT LOUIS, MO US

**TO**
Saint Louis, MO US

## Travel History

**TIME ZONE**
Local Scan Time

### Friday, August 20, 2021

| Time | Location | Status |
| --- | --- | --- |
| 4:32 PM | Saint Louis, MO | Delivered |
| 5:40 AM | SAINT LOUIS, MO | On FedEx vehicle for delivery |
| 4:59 AM | SAINT LOUIS, MO | At local FedEx facility |

### Thursday, August 19, 2021

| Time | Location | Status |
| --- | --- | --- |
| 9:09 PM | SAINT LOUIS, MO | Arrived at FedEx location |
| 6:22 PM | SAINT LOUIS, MO | Picked up |
| 2:14 PM | | Shipment information sent to FedEx |
| 2:06 PM | ST LOUIS, MO | In FedEx possession Tendered at FedEx location |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
| --- | --- | --- |

282755892725    FedEx Ground    0.1 lbs / 0.05 kgs

| | | |
|---|---|---|
| **TOTAL PIECES** | **TERMS** | **PACKAGING** |
| 1 | Shipper | Package |
| **SPECIAL HANDLING SECTION** | **SHIP DATE** | **SIGNATURE SERVICES** |
| Direct Signature Required | 8/19/21 | Direct signature required |
| **STANDARD TRANSIT** | **ACTUAL DELIVERY** | |
| 8/20/21 | 8/20/21 at 4:32 pm | |

# FedEx

August 23, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 282755892725

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | EDORSEY | **Delivery Location:** | |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | Direct Signature Required | | Saint Louis, MO, |
| | | **Delivery date:** | Aug 20, 2021 16:32 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 282755892725 | **Ship Date:** | Aug 19, 2021 |
| | | **Weight:** | 0.1 LB/0.05 KG |
| **Recipient:** | | **Shipper:** | |
| Saint Louis, MO, US, | | SAINT LOUIS, MO, US, | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.