4:21CR00259 RLW/SRW

PROB 63

RECEIVED
AUG 23 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# HOME CONFINEMENT PROGRAM
## DAILY ACTIVITY FORM

PARTICIPANT: Xavier Brown

EFFECTIVE DATE: 8/23/2021

MONITORING UNIT #: _____

| Days (e.g., Mon-Fri or Week 1) | Leave Time | Enter Time | Activity (e.g., employment, counseling, religious activities) |
|---|---|---|---|
| Sunday through Saturday | 6:30 AM | 9:30 PM | curfew hours mt |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

ather PARTICIPANT SIGNATURE: X Xavier brown   Without Prejudice UCC1-308   DATE: 8/23/2021

Galbraith is a witness I am under durress & coersion
I reserve all Rights!   the id that was given to me