# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21 CR 259 RLW (SRW) |
| XAVIER BROWN, | ) |
| Defendant. | ) |

## ORDER CONCERNING PRETRIAL MOTIONS

On August 17, 2021, the Court granted the Federal Public Defender's motion to withdraw. Mr. Brown objected to the Court's offer to appoint a CJA Panel attorney to represent him in this case. Mr. Brown advised the Court he wanted to retain private counsel, but he would need time to hire his own lawyer. The Court granted Mr. Brown thirty days to retain counsel. Mr. Brown has not asked to represent himself in this matter.

On August 23, Mr. Brown filed a pro se document entitled "Jurisdictional Challenge." ECF No. 39. Although the document states it is a notice and not a motion, it appears to be a motion to dismiss for lack of jurisdiction. As no counsel represents Mr. Brown, and the Court has not found he is capable of representing himself, all briefing on Mr. Brown's Jurisdictional Challenge and any other pretrial motions will be stayed until the status conference on September 16, 2021, at 9:30 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that briefing on all pretrial motions is stayed until the status conference on September 16, 2021, at 9:30 a.m.

*/s/ Stephen R. Welby*
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of August, 2021.