**RECEIVED SEP 14 2021 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS**

Affidavit of Demand/Request for Prosecutor's Foreign Registration Statement &
Magistrate's Anti-Bribery Statement

**From:** Xaiviar from the house of Brown, Proper name, pursuant to Title 18 U.S. Code § 1342      **Date:** 9/14/2021 A.D.
Natural Person, In Full Life, In Propria Persona, Sui Juris
All Rights Reserved: U.C.C.1-308/1-207; U.C.C.1-103                                  **Case # 4:21CR259RLW/SRW**
[c/o 9648 Olive Blv.                                                                 US Postal Mail Cert.# [                    ]
Saint Louis, Missouri Republic, Zip Exempt [63132]
United States Republic, Continental North America                    To: **U.S. Department of Justice**
Non-Domestic, Non-Resident, via united States Mail                        ATTN: **JEFF SESSIONS**
without the United States corporation.®                                      950 Pennsylvania Avenue, NW
                                                                             Washington, DC 20530-0001

To: **STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE**             To: **Office of the Governor**
ATTN: **ATTORNEY GENERAL` ERIC SCHMIT**                              ATTN: **GOVERNOR MICHAEL L. PARSON**
Supreme Court building, 207 W. .High, P.O. BOX 899                        P.O. BOX 720
JEFFERSON CITY MISSOURI 65102                                        Jefferson City, Mo.65102

To: **UNITED STATES DISTRIC COURT**
EASTERN DISTRIC OF MISSOURI                                      To: United States Department of Justice
ATTN: Prosecutor`: [LINDA R. LANE]                                    **ATTN:** Director`s Office
111 SOUTH 10th. St.                                                  Office of Information Policy (**OIP**)
Saint Louis Mo.63102                                                 441 G Street, Sixth Floor, NW
                                                                     Washington, DC 20530

I, [Xaiviar from the house of Brown], my "proper person name" pursuant to Title 18 U.S. Code § 1342, demand/request for a copy of the Prosecutor [LINDA R. LANE] "Registration Statement" pursuant to the Foreign Agents Registration Act of 1938 as required (mandatory) public disclosure by the *Privacy Act Statement*, please see the following below:

***Privacy Act Statement.*** The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and <u>public disclosure</u>. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act.

1. I, [Xaiviar from the family Brown ], my "proper person name" pursuant to Title 18 U.S. Code § 1342, demand/request for a certified copy of Magistrate`s i.e. Judge `[Stephen R.Welby/Linda R. Lane] **Anti-Bribery Statement as required by the Foreign Corrupt Practices Act of 1977 ("FCPA"), 15 U.S.C. §§ 78dd-1, et seq., and pursuant to Title 18, <u>Sec. 201. Bribery</u>**.

2. For the Record – Pursuant to case law [**376 US 605 Rabinowitz v. F Kennedy (13)**]

**We conclude, therefore, that petitioners, attorneys representing a foreign government in legal matters including litigation, are not exempt from registering under the Foreign Agents Registration Act.**

All parties of interest are to send all future correspondences in c/o the clearly designated numbers placed on the mail-box indicated at the geographical location listed above herein, via United States Certified Mail. All correspondences sent otherwise will not satisfy 'Proper Service' and will be deemed contrary to proper communications. I am sure that all lawful parties are interested in Rebutting and Refuting Fraud and seeking to correct the commonly used methods of "*Malfeasance*" and 'Mail Fraud' by which such unconstitutional acts have been commonly committed through "*Misrepresentations*" and by callous acts of 'Misprision of Treason' and 'Secrete'.

**For The Record,**

**Please send all following communications as required (mandatory) pursuant to 18 U.S. Code § 1342 - Fictitious name or address,**

Page 1

## Affidavit of Demand/Request for Prosecutor's Foreign Registration Statement & Magistrate's Anti-Bribery Statement

**as in my (proper person name) that identify me as a (proper noun) i.e. as a (natural person), and NOT a Fictitious entity.**

<strong>WARNING:</strong> 18 U.S. Code MAIL FRAUD!!!

18 U.S. Code § 1342 - Fictitious name or address

Whoever, for the purpose of conducting, promoting or carrying on by means of the Postal Service, any scheme or device mentioned in **section 1341 of this title** or any other unlawful business, uses or assumes, or requests to be addressed by, any **fictitious**, false, or assumed title, name, or address or **name** other than his own **proper name,** or takes or receives from any post office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false, or assumed title, name, or address, or name other than his own proper name, shall be fined under this this title or imprisoned not more than five years, or both.

I, Xaiviar from the family Brown, proper name pursuant to **Title 18 U.S. Code § 1342** affirm and attest under the laws of the united States of America, without the United States corporation, this is my truth of my Affidavit of Common Law/ F.O.I.A. Request, the whole truth and nothing but the truth, and not misleading, so help me God...; fully stating that the **Prosecutor and Magistrate understands and fully agrees to the seriousness in regards to communicating with "natural persons" in their own "proper name" as required by the code above and below and not communicating under any fictitious, false, or assumed title, name or address under the authority of Title 18 U.S. Code § 1342 and fully agrees to abide by this code while communicating by way of United States Postal, personally, or use any associated organizations, corporations, partners or by Attorney(s) and not make any claims by using the United States Postal mail to commit mail fraud.**

Thank you for your time, patience, and full
cooperation and honorable service and commitment
to the Constitution, Federal and States

Yours faithfully,

"Without Prejudice"

By: _Xaiviar brown_   Date: _9/14/2021_ A.D
Xaiviar from the house of Brown, proper name, pursuant to Title 18 U.S. Code § 1342

All Natural Rights/ Constitutional Rights "explicitly" Reserved
[c/o 9648 Olive Blv. #466
Saint Louis, via Missouri Republic, Zip Exempt [63132]
via United States Republic, Continental North America
Non-Domestic, Non-Resident, via united States Mail
without the United States corp. ®

### Jurat/ Acknowledgment

Notary Name: _Jullynn Schwartz_
Notary Signature: _[signature]_   Dated: _9/14/2021_
Commission Expires: _6-01-2025_

**NOTARY SEAL**

[Notary seal: JULIE LYNN SCHWARTZ, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #16235873, ST. CHARLES COUNTY, STATE OF MISSOURI]

Copy being forwarded:
To: **Post Master General**
475 L'Enfant Plaza SW, Washington, DC 20260

To: **US Marshals Service - Police Dep.**
111 South 10th Street Suite 2.319

Affidavit of Demand/Request for Prosecutor's Foreign Registration Statement &
Magistrate's Anti-Bribery Statement

Saint Louis, Missouri Republic [63102]
(**Attn**: Marshal that's assigned to the U.S. Mail)