# Affidavit Of Truth and Fact #4

RECEIVED
SEP 13 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Case # 4:21CR00259 RLW/SRW

I xaivlar from the house of brown( a flesh and blood human being) declare that I am "NOT" a 14th amendment US. citizen and that the ID. below is NOT my LAWFUL ID. and that by presentment of the ID. inside of the UNITED STATES DISTRIC COURT, EASTERN DISTRIC OF MISSOURI building is only to gain entrance (past guards) to the clerk of court located on the 3rd. floor and for any court hearings held in order to rebut any unlawful claims against my birth certificate name . All rights reserved UCC1-308 Without Prejudice (I do not waive any of my natural God given rights given to me in accordance with the USA. Constitution for the Republic. ).



This ID is to be used only for U.S. Pretrial Services client identification. This is not official identification.

If found please contact
1-800-793-7002



U.S. Pretrial Services Office
Eastern District of Missouri
CLIENT IDENTIFICATION

Xavier Brown
7910 Page Avenue
St. Louis MO 63133

7438921

DOB: 6/20/1976
Hgt: 81  Wgt: 305
Eye Clr: Brown
PSO: Warren, Michael W

ANY CONTRACT SIGNED next to /or above my lawful birth certificate name (in all lowercase lettering ) with any Pretrial services Entity/Company (xaivlar from the house of brown ) UCC1-308 WITHOUT PREJUDICE, MEANS I am signing under duress and coercion and do not give up any of my God given rights given to me by God and the USA. Constitution Republic.

I' Xaiviar brown declare under penalty of perjury in accordance with the Laws of the United States of America that the foregoing is true and correct and complete to the best of my knowledge and belief.

*Xaiviar brown*      on this __13__ th.Day, of __September__ 2021

xaiviar brown

Without Prejudice UCC 1-308

On this __13th__ day of __September__ 2021 before me, the undersigned, a Notary Public in and for the State of Missouri, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he has Executed the same.

_____
Notary name

Signed: _____
Printed Name: __Julie Lynn Schwartz__
My Commission Expires: __6-01-2025__

Date: __9-13-21__    Common Law Seal: _____

