**RECEIVED**

SEP 1 3 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Case # 4:21CR00259RLW/SRW

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Challenge of Jurisdiction to UNITED STATES DISTRIC COURT, EASTERN DISTRIC OF MISSOURI, EASTERN DIVISION was served by Priority Express mail USPS. to (Magistrate Judge) Stephen R. Welby at 314-244-7900, (Prosecuting attorney) Linda R. Lane at 314-244-7900 on this _26_ day of _August_, 2021 to the Court Clerk and the attorney of record.

By: _Xaiviar Brown_
xaiviar brown

Linda R. Lane
111 SOUTH 10th St.
Saint Louis, Mo. 63102

8
Jurisdictional Challenge



```
               UNITED STATES
               POSTAL SERVICE.
              UNIVERSITY CITY
             561 KINGSLAND AVE
           SAINT LOUIS, MO 63130-9998
                (800)275-8777
08/25/2021                          10:36 AM
---------------------------------------------
Product              Qty    Unit      Price
                            Price
---------------------------------------------
PM Express 1-Day      1               $26.35
Flat Rate Env
    Saint Louis, MO 63102
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Thu 08/26/2021 06:00 PM
    Money Back Guarantee
    Tracking #:
        EJ831237193US
    Insurance                          $0.00
        Up to $100.00 included
Total                                 $26.35

PM Express 1-Day      1               $26.35
Flat Rate Env
    Saint Louis, MO 63102
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Thu 08/26/2021 06:00 PM
    Money Back Guarantee
    Tracking #:
        EJ831237176US
    Insurance                          $0.00
        Up to $100.00 included
Total                                 $26.35

PM Express 1-Day      1               $26.35
Flat Rate Env
    Saint Louis, MO 63102
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Thu 08/26/2021 06:00 PM
    Money Back Guarantee
    Tracking #:
        EJ831237180US
    Insurance                          $0.00
        Up to $100.00 included
Total                                 $26.35
---------------------------------------------
Grand Total:                          $79.05
---------------------------------------------
Cash                                  $80.01
Change                                -$0.96
---------------------------------------------
```

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** EJ831237193US

**Scheduled Delivery by**

**THURSDAY**

**26** AUGUST 2021 ⓘ   by **6:00pm** ⓘ

## ✓ Delivered to Agent for Final Delivery

August 26, 2021 at 9:13 am
SAINT LOUIS, MO 63102

Get Updates ∨

---

Text & Email Updates                                                    ∨

---

Proof of Delivery                                                       ∨

---

Tracking History                                                        ∧

August 26, 2021, 9:13 am
Delivered to Agent for Final Delivery
SAINT LOUIS, MO 63102
Your item has been delivered to an agent for final delivery in SAINT LOUIS, MO 63102 on August 26, 2021 at 9:13 am.

**August 26, 2021, 9:04 am**
Arrived at Post Office
SAINT LOUIS, MO 63155

**August 25, 2021, 8:48 pm**
Departed USPS Regional Facility
SAINT LOUIS MO DISTRIBUTION CENTER

**August 25, 2021, 7:45 pm**
Arrived at USPS Regional Facility
SAINT LOUIS MO DISTRIBUTION CENTER

**August 25, 2021, 10:25 am**
USPS in possession of item
SAINT LOUIS, MO 63130

**Product Information** 

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

Track Another Package +

Remove ×

**Tracking Number:** EJ831237176US

**Scheduled Delivery by**

**THURSDAY**

**26** AUGUST 2021 ⓘ   by **6:00pm** ⓘ

## ✓ Delivered to Agent for Final Delivery

August 26, 2021 at 9:14 am
SAINT LOUIS, MO 63102

Get Updates ∨

---

Text & Email Updates    ∨

---

Proof of Delivery    ∨

---

Tracking History    ∨

---

Product Information    ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** EJ831237180US

**Scheduled Delivery by**

**THURSDAY**

**26** AUGUST 2021 ⓘ

by **6:00pm** ⓘ

## ✓ Delivered to Agent for Final Delivery

August 26, 2021 at 9:14 am
SAINT LOUIS, MO 63102

Get Updates ∨

Text & Email Updates ∨

Proof of Delivery ∨

Tracking History ∨

Product Information ∨

See Less ∧

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs

Feedback

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback