RECEIVED
SEP 15 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# Declaration of Nationality

C#  4:21CR259RLW/SRW

Notice of Special Appearance: I am that I am: "Xaiviar of the family BROWN™", in full life, in propria persona, sui juris, in solo proprio, Haqdar by natural issue, the beneficiary and heir of: "XAVIER BROWN™" and "XAIVIAR BROWN™", corp. sole Dba.: "XAVIER BROWN™" and "XAIVIAR BROWN™".

Having reached the age of majority, being aboriginal to the northwestern and southwestern shores of Africa, the Atlantic Islands, the continental Americas, being duly certified, hereby affirms to declare my tribal intention to be as our pedigree subscribes, as: Moorish American(s), but not citizen(s) of the United States. I declare permanent, and unalienable, allegiance to The Moorish Empire, Societas Republicae Ea Al Maurikanos Estados, The Constitution for the united States of America, Article III Section 2, The Lieber Code, Hague Conventions of 1899 & 1907, The Geneva Conventions, [United Nations Declaration on the Rights of Indigenous Peoples], and all natural laws governing Moors, and hereby declare and proclaim our nationality in good faith as: Moorish American(s).

I am: "Xaiviar of the family BROWN™", from this day forward, in harmony with my Nationality / Status / Jurisdiction, shall be known as: "Xaiviar of the family BROWN™".

Notice of White Flag Surrender: as "hors de combat", pursuant to The Geneva Conventions, Article
III, as a minister of The Moorish Empire, and Internationally Protected Person. Notice of
LAWS AND CUSTOMS OF WAR ON LAND ( HAGUE, IV), ARTICLE: 45, 46, & 47. Notice of Claim
pursuant to Public Law 87-846, TITLE II, SEC. 203. Notice of Bailment Merging of Legal Title with Equitable Title : This order is to preserve legal and equitable title , and to reserve all rights, title, and interest, in the property, Re: The Bureau of Vital Records, within the Missouri Department of Health and Senior Services #124-76-205740. "XAVIER BROWN™" and "XAIVIAR BROWN™", to the depositor: "Xaiviar of the family BROWN™", nom de guerre: "Xaiviar of the family BROWN™". All property of the same issue and amount, in like kind and specie, is to be returned fully intact, as a Special Deposit order of the Depositor / Beneficiary / Bailor / Donor / Principal / Creditor: "Xaiviar of the family BROWN™", nom de guerre: "Xaiviar of the family BROWN™", for: "**Devon Living Trust**" as a special deposit order in lawful money. This special deposit is to be used exclusively for the benefit of: each respective Trust, an Inter Vivos Unincorporated Divine Grantor Trust. This deposit is not to be commingled with general assets of any bank , nor depositary / trustee / agent / bailee / donee / debtor. This deposit is not limited to, but including: discharge and set off, of any and all outstanding liabilities as accord and satisfaction. Inter alia enact fuit. All Rights Reserved.

JURAT

The state of Missouri  } ss.
The county of St Louis }

On  9-15-2021  before me  Benjamin Ryder
       DATE                      NOTARY PUBLIC          without recourse
                         without recourse
Personally appeared, Xaiviar of the family Brown    Xaiviar of the family Brown
                    Name of signer who executed document


(Notary seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21363797, JEFFERSON COUNTY, STATE OF MISSOURI)

| PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 09/15/2021 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** (Legal name and business address)
XAIVIAR BROWN
(UCC Contract Trust Federal Owner/Principal)
c/o 9648 Olive Blvd #466
Olivette, Mo.[63132]

RECEIVED
SEP 15 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**TYPE OF ORGANIZATION** ("X" one)
[X] INDIVIDUAL   [ ] PARTNERSHIP
[ ] JOINT VENTURE   [ ] CORPORATION

STATE OF INCORPORATION
STATE OF MISSOURI

**SURETY(IES)** (Name(s) and business address(es))
XAIVIAR BROWN
(UCC Contract Trust - Performance Surety Bond)
c/o 9648 Olive Blvd #466
Olivette, Mo.[63132]

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 10 | 404 | 0 | 0 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
| 09/15/2021 | 4:21-CR-00259 RLW SRW/01 |
| OPTION DATE | OPTION NUMBER |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

**WITNESS:**

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. without recourse Xaiviar of the family Brown (Seal) | 2. Xaiviar of the family Brown (Seal) |
|---|---|---|
| SIGNATURE(S) | | |
| NAME(S) & TITLE(S) (Typed) | 1. Xaiviar of the Family Brown /Authorized Representative | 2. |

**INDIVIDUAL SURETY(IES)**

| | 1. (Seal) | 2. (Seal) |
|---|---|---|
| SIGNATURE(S) | | |
| NAME(S) (Typed) | 1. Xaiviar of the Family Brown /Authorized Representative | 2. |

**CORPORATE SURETY(IES)**

| | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
|---|---|---|---|
| SURETY A | NAME & ADDRESS | | |
| | SIGNATURE(S) 1. | 2. | |
| | NAME(S) & TITLE(S) (Typed) 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 1418 (REV. 2/1999)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

[Notary seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, JEFFERSON COUNTY, STATE OF MISSOURI]

| | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|---|
| **SURETY B** | SIGNATURE(S) | 1. | 2. | | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| **SURETY C** | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| **SURETY D** | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| **SURETY E** | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| **SURETY F** | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |
| **SURETY G** | NAME & ADDRESS | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | | |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | | |

| BOND PREMIUM ▶ | RATE PER THOUSAND ($) | TOTAL ($) |
|---|---|---|
| | | |

## INSTRUCTIONS

1. This form is authorized for use in connection with Government contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

6. Unless otherwise specified, the bond shall be submitted to the contracting office that awarded the contract.

| PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS (See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) 09/15/2021 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

RECEIVED
SEP 15 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | | |
|---|---|---|---|
| XAIVIAR BROWN (UCC Contract Trust Federal Owner/Principal) c/o 9648 Olive Blvd #466 Olivette, Mo.[63132] | [X] INDIVIDUAL [ ] JOINT VENTURE | [ ] PARTNERSHIP [ ] CORPORATION | |
| | STATE OF INCORPORATION STATE OF MISSOURI | | |

| SURETY(IES) (Name(s) and business address(es)) (Include ZIP code) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| XAIVIAR BROWN (UCC Contract Trust - Payment/Performance Surety Bond) c/o 9648 Olive Blvd #466 Olivette, Mo.[63132] | MILLION(S) 10 | THOUSAND(S) 404 | HUNDRED(S) 0 | CENTS 0 |
| | CONTRACT DATE 9/15/2021 | CONTRACT NUMBER 4:21-CR-00259 RLW SRW/01 | | |

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

(a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and any duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

(b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. The claimant, however, may not bring a suit or any action -

(1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

(2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

(3) Other than in the United States District court for the district in which the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:

The principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| AUTHORIZED FOR LOCAL REPRODUCTION Previous edition is NOT usable | STANDARD FORM 1416 (REV. 10/1998) Prescribed by GSA-FAR (48 CFR) 53.228(m) |
|---|---|

| | | PRINCIPAL | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *without recourse* Xaivier of the family Brown (Seal) | 2. *without recourse* Xaivier of the family Brown (Seal) | 3. | Benjamin [signature] (Seal) Corporate Seal [Notary Seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21363797, JEFFERSON COUNTY, STATE OF MISSOURI, MY COMMISSION EXPIRES...] |
| NAME(S) & TITLE(S) *(Typed)* | 1. Xaiviar of the Family Brown / Authorized Representative | 2. | 3. | |

| | | INDIVIDUAL SURETY(IES) | |
|---|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. | (Seal) |
| NAME(S) & TITLE(S) *(Typed)* | 1. Xaiviar of the Family Brown / Authorized Representative | 2. | |

| | | | CORPORATE SURETY(IES) | | |
|---|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY B | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when payment bonds are required under FAR (48 CFR) 28.103-3, i.e., payment bonds for other than construction contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual Sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 1416 (REV. 10/1998) BACK

4:21CR259 RLW/SRW

| CONSENT OF SURETY | 1. CONTRACT NUMBER<br>4:21-CR-00259 RLW SRW | 2. MODIFICATION NUMBER<br>01 | 3. DATED<br>09/15/2021 |
|---|---|---|---|

The Surety (Co-Sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended.

*without recourse Xaiviar of the family Brown*

| | | | |
|---|---|---|---|
| **4. INDIVIDUAL PRINCIPAL** | a. NAME OF PRINCIPAL<br>XAIVIAR BROWN | c. SIGNATURE<br>*without recourse*<br>*Xaiviar of the family Brown* | *[Notary Seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21363797, JEFFERSON COUNTY, STATE OF MISSOURI, MY COMMISSION EXPIRES 05/27/2025]*<br>*(Affix Seal)*<br>*Benjamin Ryder [signature]* |
| | b. BUSINESS ADDRESS | d. TYPED NAME<br>Xaiviar of the family Brown | |
| | STREET ADDRESS<br>9648 Olive Blvd. #466 | e. TYPED TITLE<br>Authorized Representative | |
| | CITY<br>Olivette | STATE<br>Mo | ZIP CODE<br>[63132] | f. DATE THIS CONSENT EXECUTED<br>09/15/2021 |
| **5. CORPORATE PRINCIPAL** | a. NAME OF PRINCIPAL | c. PERSON EXECUTING CONSENT (Signature) | |
| | b. BUSINESS ADDRESS | d. TYPED NAME | *(Affix Seal)* |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

*[Stamp: RECEIVED SEP 15 2021 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS]*

### 6. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)

The Principal or authorized representative shall execute this consent of surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

*Xaiviar of the family Brown*

| | | | |
|---|---|---|---|
| **A** | a. CORPORATE/INDIVIDUAL SURETY'S NAME<br>XAIVIAR BROWN (UCC Contract Trust Surety Bonds) | c. PERSON EXECUTING CONSENT (Signature)<br>*without recourse*<br>*Xaiviar of the family Brown* | *[Notary Seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21363797, JEFFERSON COUNTY, STATE OF MISSOURI]*<br>*(Affix Seal)*<br>*Benjamin Ryder [signature]* |
| | b. BUSINESS ADDRESS | d. TYPED NAME<br>Xaiviar of the family Brown | |
| | STREET ADDRESS<br>9648 Olive Blvd. #466 | e. TYPED TITLE<br>Authorized Representative | |
| | CITY<br>Olivette | STATE<br>Mo | ZIP CODE<br>[63132] | f. DATE THIS CONSENT EXECUTED<br>09/15/2021 | |
| **B** | a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT (Signature) | |
| | b. BUSINESS ADDRESS | d. TYPED NAME | *(Affix Seal)* |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED | |
| **C** | a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT (Signature) | |
| | b. BUSINESS ADDRESS | d. TYPED NAME | *(Affix Seal)* |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

*(Add similar signature blocks on the back of this form if necessary for additional co-Sureties)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 1414 (REV. 5-97)
Prescribed by GSA - FAR (48 CFR) 53.228(k)

RECEIVED
SEP 15 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

4:21 CR 259 RLW/SRW

# RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  XAIVIAR BROWN , of  124-76-205740 , by a bond
            (Name)                         (Place of Residence)

for the performance of U.S. Government Contract Number  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 ,
became a surety for the complete and successful performance of said contract, and Whereas said surety has placed certain personal property in escrow

in Account Number  4:21-CR-00259 RLW SRW  on deposit

at  UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI
(Name of Financial Institution)

located at  111 SOUTH 10TH STREET, ST. LOUIS, MO 63102 , and
(Address of Financial Institution)

Whereas I, XAIVIAR BROWN , being a duly authorized representative of the United States government as a warranted contracting officer, have determined that retention in escrow of the following property is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom:

    SEE CRIMINAL CASE #4:21-CR-00259 RLW SRW, THE EASTERN DISTRICT OF MISSOURI
    SEE OPTIONAL FORM 91 RELEASE OF PERSONAL PROPERTY FROM ESCROW (ATTACHED)
    SEE STANDARD FORM 1418 PERFORMANCE BOND (ATTACHED)
    SEE STANDARD FORM 1416 PAYMENT BOND (ATTACHED)

and

Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed property to the surety. If the listed property comprises the whole of the property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to

U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI .
(Name of Financial Institution)

9/15/2021
[Date]

without recourse
Xaivier of the family Brown
Xaiviar of the family Brown
[Signature]
Seal / Benjamin Ryder

[Notary seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21383797, JEFFERSON COUNTY, STATE OF MISSOURI]

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

AUTHORIZED FOR LOCAL REPRODUCTION

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE 4:21-cr-00259rlw/srw | PAGE 1 | OF PAGES 1 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER 01 | 3. EFFECTIVE DATE 09/15/2021 | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|

| 6. ISSUED BY    CODE | 7. ADMINISTERED BY *(If other than Item 6)*    CODE |
|---|---|
| XAIVIAR BROWN (a UCC Contract Trust Owner/Principal) | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, county, State and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|
| UNITED STATES "BANKRUPT" CORPORATION<br>c/o DEPARTMENT OF INTERIOR<br>WASHINGTON, D.C.<br><br>RECEIVED<br>SEP 15 2021<br>U. S. DISTRICT COURT<br>EASTERN DISTRICT OF MO<br>ST. LOUIS | ☐ | |
| | | 9B. DATED *(SEE ITEM 11)* |
| | ☒ | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>4:21-CR-00259RLW/SRW/01 |
| | | 10B. DATED *(SEE ITEM 13)*<br>09/15/2021 |
| CODE | FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| ☒ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☒ is not ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

#1 Per the attached SF-1416 Payment Bond for $10,404,000 or total Liquidation value as the associated UCC Contract trust is ORDERED Canceled by this Owner.
#2 Per the attached SF-1418 Performance Bond for $10,404,000 or total Liquidation value as the associated UCC Contract trust is ORDERED Canceled by this Owner.
#3 Cancellation is based upon the CONTRACTOR'S Contract Breaches, Deceptive Contract modifications, Defaults and Insurrections against the Principal Owner and the American People and Nation.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)*<br>XAIVIAR BROWN - UCC Contract Trust Owner/Principal | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*without recourse*<br>*Xavier of the family of Brown*<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br><br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>9/15/2021 |

Previous edition unusable

**STANDARD FORM 30 (REV. 11/2016)**
Prescribed by GSA FAR (48 CFR) 53.243

4:21 259 RLW/SRW

# INSTRUCTIONS (Back Page)

Instructions for items other than those that are self-explanatory, are as follows:

(a) Item 1 (Contract ID Code). Insert the contract type identification code that appears in the title block of the contract being modified.

(b) Item 3 (Effective date).

  (1) For a solicitation amendment, change order, or administrative change, the effective date shall be the issue date of the amendment, change order, or administrative change.

  (2) For a supplemental agreement, the effective date shall be the date agreed to by the contracting parties.

  (3) For a modification issued as an initial or confirming notice of termination for the convenience of the Government, the effective date and the modification number of the confirming notice shall be the same as the effective date and modification number of the initial notice.

  (4) For a modification converting a termination for default to a termination for the convenience of the Government, the effective date shall be the same as the effective date of the termination for default.

  (5) For a modification confirming the contracting officer's determination of the amount due in settlement of a contract termination, the effective date shall be the same as the effective date of the initial decision.

(c) Item 6 (Issued By). Insert the name and address of the issuing office. If applicable, insert the appropriate issuing office code in the code block.

(d) Item 8 (Name and Address of Contractor). For modifications to a contract or order, enter the contractor's name, address, and code as shown in the original contract or order, unless changed by this or a previous modification.

(e) Items 9, (Amendment of Solicitation Number - Dated), and 10, (Modification of Contract/Order Number - Dated). Check the appropriate box and in the corresponding blanks insert the number and date of the original solicitation, contract, or order.

(f) Item 12 (Accounting and Appropriation Data). When appropriate, indicate the impact of the modification on each affected accounting classification by inserting one of the following entries:

  (1) Accounting classification ...................
      Net increase             $ ...................

  (2) Accounting classification ...................
      Net decrease             $ ...................

  NOTE: If there are changes to multiple accounting classifications that cannot be placed in block 12, insert an asterisk and the words "See continuation sheet".

(g) Item 13. Check the appropriate box to indicate the type of modification. Insert in the corresponding blank the authority under which the modification is issued. Check whether or not contractor must sign this document. (See FAR 43.103.)

(h) Item 14 (Description of Amendment/Modification).

  (1) Organize amendments or modifications under the appropriate Uniform Contract Format (UCF) section headings from the applicable solicitation or contract. The UCF table of contents, however, shall not be set forth in this document.

  (2) Indicate the impact of the modification on the overall total contract price by inserting one of the following entries:

    (i) Total contract price increased by $ ...................

    (ii) Total contract price decreased by $ ...................

    (iii) Total contract price unchanged.

  (3) State reason for modification.

  (4) When removing, reinstating, or adding funds, identify the contract items and accounting classifications.

  (5) When the SF 30 is used to reflect a determination by the contracting officer of the amount due in settlement of a contract terminated for the convenience of the Government, the entry in Item 14 of the modification may be limited to --

    (i) A reference to the letter determination; and

    (ii) A statement of the net amount determined to be due in settlement of the contract.

  (6) Include subject matter or short title of solicitation/contract where feasible.

(i) Item 16B. The contracting officer's signature is not required on solicitation amendments. The contracting officer's signature is normally affixed last on supplemental agreements.

**STANDARD FORM 30** (REV. 11/2016) **BACK**