Indictment No. 4:21 CR00259 RLW/SRW
Exhibit D-XB

## Public Notification of Reservation of Rights

Xaiviar of the family Brown, sui juris

THIS IS A PUBLIC COMMUNICATION TO ALL
All rights reserved UCC1-308.

**RECEIVED**
SEP 15 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

### Notice to agents is notice to principles
### Notice to principles is Notice to Agents
### Applications to all successors and assigns
### All are without excuse

Let it be known to all that I, Xaiviar of the family Brown explicitly reserves all of my rights pursuant to UCC1-308.

Further, let all be advised that all actions commenced against me may be in violation of,...

USC TITLE 18 > PARTI > CHAPTER 13 > § 242 Deprivation of rights under color of law

USC TITLE 18 > PARTI > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge.

without recourse

Signed _Xaviar of the family Brown_ sui juris,

This Affidavit is dated  9/15/2021 .

NOTARY PUBLIC

STATE OF COUNTY OF  Jefferson 

Subscribed and sworn to before me, a Notary Public, the above signed Xaiviar of the family Brown.

This day of  September 15th , 2021

Notary Public
MY COMMISSION EXPIRES:  5/27/2025 

[Notary seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21363797, JEFFERSON COUNTY, STATE OF MISSOURI]

Signature: Benjamin Ryder

Demand to Dismiss                                                2 | Page