4:21 CR 259 RLW/SRW

From: Xaiviar of the family Brown,
(Grantor/Trustee to Devon Living Trust)
Address [9648 Olive Blvd. #466
Olivette ,Mo.,63132]

September 15, 2021

RECEIVED

SEP 15 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

To: Office Of the Clerk Of Court
UNITED STATES DISTRIC COURT
EASTERN DISTRIC OF MISSOURI
111 South 10th. St.
Saint Louis Mo.63102

Re:   Foreign Status Affidavit of Xaiviar of the family Brown, (Grantor/Trustee to Devon Living Trust) under Indictment No. 4:21 CR 259 RLW/SRW.

I, Xaiviar of the family Brown, hereby sends this Notice of Affidavit of Foreign Status to all parties attached to Indictment No. 4:21 CR 259 RLW/SRW.  Office Of Clerk Of The Court ,UNITED STATES DISTRIC COURT,EASTERN DISTRIC OF MISSOURI is to record this notice for the record, as follows:

## Notice of Affidavit of Foreign Status

### FOREIGN STATUS AFFIDAVIT
### National But Not Citizen Per 8 USC 1408

MISSOURI STATE/REPUBLIC    )
                           ) Subscribed, Sworn and Sealed
SAINT LOUIS COUNTY         )

### PREAMBLE

The following Affidavit of Foreign Status is a public notice to all interested parties concerning the Affiant's "birthrights" and his "status" as an "AMERICAN INHABITANT", as that status would apply with respect to the American States (the 50 independent States of the Union) and also with respect to the "United States", as follows:

1. The Affiant, Xaiviar of the family Brown, was naturally born a free Sovereign. He is, therefore, a "nonresident alien" individual with respect to the "United States", which entity obtains its exclusive legislative authority and jurisdiction from Article 1, Section 8, Clause 17 and Article 4, Section 3, Clause 2 of the Constitution for the United States of America.  The Affiant's parents were Sovereigns also. As the progeny of Sovereign people, the Affiant was born "... one of the sovereign people .... A constituent member of the sovereignty synonymous with the people." Scott vs Sanford, 19 How. 404. The Affiant is alien to so-called 14th Amendment "United States" citizenship, and also a nonresident to the so-called 14th Amendment State residency, and therefore he is a "nonresident alien" with respect to both.  As a Sovereign whose nativity originated on this land by birth, and who has remained intact on this land.  The Affiant is also a foreigner (alien) with respect to the States of the

Union and with respect to the "United States". As a consequence of his birth, the Affiant is an "American Inhabitant". And further,

2. The Affiant, to the best of his informed knowledge, has not entered into any valid agreements of "voluntary servitude". And further,

3. The Affiant is a "NONRESIDENT ALIEN" with respect to the "United States", as that term is defined and used within the Internal Revenue Code (Title 26, United State Code) and/or Title 27 and the rules and regulations promulgated thereunder as follows:

The Internal Revenue Code (Title 26, United State Code) and associated federal regulations, clearly and thoroughly make provision for Americans born and living within one of the 50 Sovereign States of America, to wit:

Section 1.871-4 Proof of residence of aliens.

(a) Rules of evidence. The following rules of evidence shall govern in determining whether or not an alien within the United States has acquired residence therein for purposes of the income tax.

(b) Nonresidence presumed. An alien by reason of his alienage, is presumed to be a nonresident alien. [26 CFR 1.871-4] And further,

4. The Affiant was not born or naturalized in the "United States", consequently he is not a "citizen of the "United States" nor a "United States citizen", as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder; and, therefore, he is not subject to the limited, exclusive territorial or political jurisdiction and authority of the "United States" as defined. The "United States" is definitive and specific when it defines one of its citizens, as follows:

Section 1.1-1
(c) Who is a citizen. Every person born or naturalized in the United States and subject to its jurisdiction is a citizen. [26 CFR 1.1-1(c)]

5. The Affiant is not a "citizen of the United States" nor a "United States citizen living abroad", as those phrases are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

6. The Affiant is not a "resident alien residing within the geographical boundaries of the United States", as that phrase is defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

7. The Affiant is not a "United States person", a "domestic corporation", "estate", "trust", "fiduciary" or "partnership" as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

8. The Affiant is not an "officer", "employee" or "elected official" of the "United States", of a "State" or of any political subdivision thereof, nor of the District of Columbia, nor of any agency or instrumentality of one or more of the foregoing, nor an "officer" of a "United States corporation", as

those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

9. The Affiant receives no "income" or "wages with respect to employment" from any sources within the territorial jurisdiction of the "United States" and does not have an "office or other fixed place of business" within the "United States" from which the Affiant derives any "income" or "wages" as such, as those terms and phrases are used and defined within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

10. The Affiant has never engaged in the conduct of a "trade or business" within the "United States", nor does the Affiant receive any income or other remuneration effectively connected with the conduct of a "trade or business" within the "United States", as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

11. The Affiant receives no "income", "wages", "self- employment income" or "other remuneration" from sources within the "United States", as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. All remuneration paid to the Affiant is for services rendered outside (without) the exclusive territorial, political and legislative jurisdiction and authority of the "United States". And further,

12. The Affiant has never had an "office" or "place of business" within the "United States", as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

13. The Affiant has never been a "United States employer", nor "employer", nor "employee" which also includes but is not limited to an "employee" and/or "employer" for a "United States" "household", and/or "agricultural" activity, as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

14. The Affiant has never been involved in any "commerce" within the territorial jurisdiction of the "United States" which also includes but is not limited to "alcohol", "tobacco" and "firearms" and Title 26, Subtitle D and E excises and privileged occupations, as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

15. The Affiant has never been a "United States" "withholding agent" as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

16. The Affiant had no liability for any type, kind or class of Federal Income Tax in past years, and was and is entitled to a full and complete refund of any amounts withheld, because any liability asserted and amounts withheld were premised upon a mutual mistake of fact regarding the Affiant's status. The Affiant has never knowingly, intentionally, and voluntarily changed his Citizenship status nor has he ever knowingly, intentionally, and voluntarily elected to be treated as a "resident" of the "United States". And further,

17. The Affiant, to the best of his current knowledge, owes no "tax" of any type, class or kind to the "United States" as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

18. The Affiant anticipates no liability for any type, class or kind of federal income tax in the current year, because the Affiant does not intend to reside in the "United States", he does not intend to be treated as either a "resident" or a "citizen" of the "United States", he is not and does not intend to be involved in the conduct of any "trade or business" within the "United States" or receive any "income" or "wages" from sources within the "United States", as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

19. The Affiant, by means of knowingly intelligent acts done with sufficient awareness of the relevant circumstances and consequences (Brady vs U.S., 397 U.S. 742, 748 (1970)) never agreed or consented to be given a federal Social Security Number (SSN), same said as to a federal Employee Identification Number (EIN) and, therefore, waives and releases from liability the "United States" and any State of the Union of 50 States, for any present or future benefits that the Affiant may be entitled to claim under the Old-Age Survivors and the Disability Insurance Act, and/or the Federal Unemployment Tax Act. Additionally, your Affiant makes no claim to any present or future benefits under any of the foregoing; and

20. Therefore, I, Xaiviar of the family Brown, am a natural born free inhabitant and, as such, a Sovereign/Foreign National/Principal inhabiting.

Therefore, I am not "within the United States" but lawfully I am "without the United States" (per Title 28, U.S.C., Section 1746, Subsection 1), and therefore I have no standing capacity to sign any tax form which displays the perjury clause pursuant to Title 28, Section 1746, Subsection 2. And further,

PLEASE NOTE WELL: At no time will the Affiant construe any of the foregoing terms defined within the Internal Revenue Code, Title 26, United State Code, or within any of the other United State Code, in a metaphorical sense. When terms are not words of art and are explicitly defined within the Code and/or within a Statute, the Affiant relies at all times upon the clear language of the terms as they are defined therein, NO MORE and NO LESS:

... When aid to construction of the meaning of words, as used in the statute, is available, there certainly can be no 'rule of law' which forbids its use, however clear the words may appear on 'superficial examination' .... [United States vs American Trucking Association] [310 U.S. 534, 543,544 (1939)]

This unsworn certification is being executed WITHOUT the "United States", pursuant to Section 1746(1) of Title 28, United State Code, Federal Rules of Civil Procedure:

I affirm under penalty of perjury, under the laws of the United States of America, that I executed the foregoing for the purposes and considerations herein expressed, in the capacity stated, and that the statements contained herein are true and correct, to the best of my knowledge.

*without recourse*

Grantor/Trustee: ___Xaiviar of the family Brown___ Sui Juris

Executed Anno Domini, on __15th__ in the month of September 2021.

Subscribed, sealed and affirmed to on __15th__ in the month of September 2021.

Xaiviar of the family Brown, Principal, by special Appearance, in Propria Persona, proceeding Sui Juris, with explicit reservation of all of my unalienable rights and without prejudice to any of my unalienable rights.

MISSOURI STATE/REPUBLIC    )
                           )
SAINT LOUIS COUNTY         )

On the day of __September 15__ / __15__, 2021 Anno Domini, before me personally appeared Xaiviar of the family Brown, personally known to me (or proved to me on the basis of satisfactory evidence) to be the Person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in His authorized capacity, and that by His signature on this instrument the Person, or the entity upon behalf of which the Person acted, executed the instrument. Purpose of Notary Public is for identification only, and not for entrance into any foreign jurisdiction.

WITNESS my hand and official seal.

Notary Public ___Benjamin Ryder___

[Notary Seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21363797, JEFFERSON COUNTY, STATE OF MISSOURI, MY COMMISSION EXPIRES 05/27/2025]

Affidavit of Foreign Status                                                                                                                Page 5 of 5