From: Xaiviar of the family Brown, Affiant                    September 15, 2021
(Grantor/Trustee to Devon Living Trust)
Address [9648 Olive Blv.#466
Olivette, Mo.63132]

**RECEIVED**                  4:21 CR259 RLW/SRW

SEP **1 5** 2021

**U. S.** DISTRICT COURT
**EASTERN DISTRICT OF MO**
ST. LOUIS

To: Office of the Clerk Of Court
UNITED STATES DISTRIC COURT
EASTERN DISTRIC OF MISSOURI
111 South 10th. St.
Saint Louis Mo.63102

Re:     Reservation of Rights of Xaiviar of the family Brown, (Grantor/Trustee to Devon Living
Trust) attached to Indictment No.4:21 CR 259 RLW/SRW. To be recorded on the records.

I, Xaiviar of the family Brown, hereby sends this Notice of Reservation of Rights to all parties
attached to Indictment No. 4:21 CR 259 RLW/SRW Office Of  Clerk Of The Court ,UNITED
STATES DISTRIC COURT,EASTERN DISTRIC OF MISSOURI, is to record this notice for
the record, as follows:

# Notification of Reservation of Rights
## UCC1-308

### PUBLIC
### Xaiviar of the family Brown, sui juris

**THIS IS A PUBLIC COMMUNICATION TO ALL**
**All rights reserved**
**UCC1-308**

**Notice to agents is notice to principles**
**Notice to principles is notice to agents**

**Applications to all successors and assigns**
**All are without excuse**

**Let it be known to all that I, Xaiviar of the family Brown, and any derivatives of this name,**
**explicitly reserves all of my rights pursuant to UCC1-308.**

**Further, let all be advised that all actions commenced against me may be in violation of,...**

**USC TITLE 18 > PART I > CHAPTER 13 > § 242 Deprivation of rights under color of law**

**USC TITLE 18 > PARTI > CHAPTER 13 > § 241 Conspiracy against rights**

**Wherefore all have undeniable knowledge.**

Notification of Reservation of Rights                                              pg. 1

without recourse

Signed *Kaiser of the family Brown* sui juris,  This Affidavit is
dated   September   / 15 2021

NOTARY PUBLIC *Benjamin Ryder*

STATE OF   Missouri

COUNTY OF   Jefferson

Subscribed and sworn to before me, a Notary Public, the above signed your name here.
This day of   September   / 15 , 2021

Notary Public Seal

MY COMMISSION EXPIRES:   5/27/2025