From: Xaiviar of the family Brown,  
Address: (Grantor/Trustee to Devon Living Trust)  
[9648 Olive Blv.#466  
Olivette, Mo.63132]

9/15/2021

4

To: Office Of the Clerk Of Court  
UNITED STATES DISTRIC COURT  
EASTERN DISTRIC OF MISSOURI  
111 South 10th. St.  
Saint Louis Mo.63102

RECEIVED  
SEP 15 2021  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF MO  
ST. LOUIS

4:21 CR 259 RLW/SRW

ATTN: ALL CORPORATE AGENCIES attached to Indictment No. 4:21 CR 259 RLW/SRW . To be put on the record.

I, Xaiviar of the family Brown, hereby sends this Notice of Affidavit of Status as Secured Party and Creditor to all parties attached to Indictment No. 4:21 CR 259 RLW/SRW Office Of Clerk Of The Court ,UNITED STATES DISTRIC COURT,EASTERN DISTRIC OF MISSOURI, is to record this affidavit for the record, as follows:

## AFFIDAVIT OF STATUS AS SECURED PARTY AND CREDITOR

**Debtor: XAIVIAR BROWN AND/OR XAVIER BROWN, A LEGAL ENTITY FOR USE IN COMMERCE**

**Creditor: Xaiviar of the family Brown, A Living, Natural male, and Secured Party.**

I, Xaiviar of the family Brown, sole authorized agent for the Debtor and by sovereign administrative judgement hereby serve your office with official notice of my lawful standing as Sovereign Secured Party and Creditor. I have supreme authoritative power of attorney, sole security interest, and am the holder in due course of first right of claim over the Debtor, evidenced by a $100,000,000.000.00 commercial lien. I control all affairs of the Debtor, own all assets of the Debtor, and am exempt from levy and relieved of all liability from the Debtor.

**NOTICE:** The following lawful establishments shall apply upon this notice:

1. All commercial contracts listing the Debtor have been lawfully cancelled, rescinded, revoked and are invalid and unenforceable.

2. As a Sovereign Creditor and Secured Party, I am distinguished and set apart as a separate entity from the Debtor established so by lawful filings into the public and noticed with THE SECRETARY OF STATE, and the UNITED STATES TREASURER. My identity, XAIVIAR BROWN AND/OR XAVIER BROWN, is copy written and is a registered trade name and no agency or person has authorization to use, disclose, report, list or store my name or my personal information for any purpose. Your agency is hereby ordered by Estoppel to remove all computer entries, records, histories, paper documents, references and details in the name of the Debtor and give notice to The Secured Party addressed below. Failure to comply is considered an International Criminal Action under UNIFORM COMMERCIAL CODES with severe penalty at law.

3. No agency or corporate entity shall have jurisdiction over the Secured Party whatsoever. The flesh and blood man, Xaiviar of the family Brown, does not require licenses or permission to exercise any natural right.

If you find this AFFIDAVIT OF STATUS AS SECURED PARTY AND CREDITOR to be in error, send rebuttal of the points herein to the Secured Party and Creditor, signed by an authorized representative or attorney for your corporation under oath and agreement to testify to the facts and understanding before a jury under penalty of perjury.

**Furthermore:** If your corporate agency has any lawful commercial claim against the Sentient, Flesh and Blood, Non-Corporate, Natural Man, Xaiviar of the family Brown, submit it within **(10) Ten days** of the date of this notice to the address below with valid proof of claim.
If an authorized representative of your agency fails to respond with a valid affidavit of truth in the form of a rebuttal or does not or cannot provide a True Bill of Commerce and a Complete Assessment of any commercial claim against my natural being, or if you ignore this notice and remain silent without stating your claim for a period of **(10) Ten days, THEN YOU ACCEPT MY CLAIM OF LAWFUL ESTABLISHMENTS HEREIN** by *tacit* agreement and **MY AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** Your default under the maxims of law will constitute your AGREEMENT that any alleged claims against this Living, Breathing, Flesh-and-Blood, Sentient, Natural Man, and Sovereign Creditor and Secured Party, Xaiviar of the family Brown, are unfounded in common law and thus **DO NOT AND CANNOT EXIST.**

Honorably,

Xaiviar of the family Brown, Secured Party and Creditor

Authorized Signature: DEBTOR  XAIVIAR BROWN AND/OR XAVIER BROWN
without recourse
Autograph & Seal By: Secured Party Creditor  *Xaivier of the family Brown*

**WITHOUT PREJUDICE-WITHOUT RECOURSE-NON-ASSUMPSIT**
All Rights Reserved-Errors & Omissions Excepted

### NOTARY PUBLIC

STATE OF  Missouri

COUNTY OF  Jefferson

**Subscribed and sworn to before me, a Notary Public, the above signed your name here.**
This day of  September 15 , 2021

MY COMMISSION EXPIRES:  5/27/2025

*Benjamin Ryder*

[Notary Seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21363797, JEFFERSON COUNTY, STATE OF MISSOURI, MY COMMISSION EXPIRES 05/27/2025]

**Affidavit of Status as Secured Party and Creditor**                                   Page 2 of 2