From: Xaiviar of the family Brown,
Address: (Grantor/Trustee to Devon Living Trust)
[9648 Olive Blv.#466
Olivette, Mo.63132]

9/15/2021

5

4:21CR259 RLW/SRW

To: Office Of the Clerk Of Court
UNITED STATES DISTRIC COURT
EASTERN DISTRIC OF MISSOURI
111 South 10th. St.
Saint Louis Mo.63102

RECEIVED

SEP 15 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Re:   Power of Attorney In Fact Affidavit of Xaiviar of the family Brown, (Grantor/Trustee to Devon Living Trust) under Indictment No. 4:21 CR 259 RLW/SRW
 ; and Case and Bond No. 4:21 CR 259 RLW/SRW

.

I, Xaiviar of the family Brown, hereby sends this Notice of Affidavit of Power of Attorney In Fact to all parties attached to Indictment No. 4:21 CR 259 RLW/SRW Office Of Clerk Of The Court ,UNITED STATES DISTRIC COURT,EASTERN DISTRIC OF MISSOURI, is to record this notice for the record, as follows:

## Notice of Affidavit of Power of Attorney In Fact

**TRUTH AFFIDAVIT**
IN THE NATURE OF SUPPLEMENTAL
RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)
Grant of Exclusive power of attorney to conduct all tax, business, and legal affairs of principal person.

**POWER OF ATTORNEY IN FACT**

**XAIVIAR BROWN AND/OR XAVIER BROWN,** or any derivative thereof, C/O [ GENERAL Delivery 9648 Olive Blv.#466,Olivette ,Mo. [63132] is the Copyright/Trade name belonging to I, Me, My, Myself addressee: **Xaiviar of the family Brown** Non-domestic c/o [9648 Olive Blv.#466
Olivette, Mo.63132] a Living Soul, a man, Principal, and Title owner with Power of Attorney in Fact. To take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, and for such purpose to act for My Copyright/Trade name, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:

(A) To take possession of, hold, and manage My Copyrights/Trade name, real estate and all other property;

(B) To receive money or property paid or delivered from any source for My Copyright/Trade name;

(C) To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits, to endorse checks, notes or other documents in my Copyright/Trade name; to have access to, and place items in or remove them from, any safety deposit box standing in My Copyright/Trade name, individually or jointly, and otherwise to conduct bank transactions or business for me in my name;

(D) To pay for My Copyright/Trade name, any just debts and expenses, including reasonable expenses incurred by my attorney in fact: **Xaiviar of the family Brown**, in exercising this exclusive power of attorney.

(E) To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other property for My Copyright/Trade name;

(F) To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact: **Xaiviar of the family Brown** may consider prudent;

(H) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry.

(I) To provide for the use, maintenance, repair, security, or storage of my tangible property;

(J) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney: **Xaiviar of the family Brown** may consider prudent;

The Agent/Living Soul/a Man, **Xaiviar of the family Brown**, is hereby authorized by law to act for and in control of My Copyright/Trade name **XAIVIAR BROWN AND/OR XAVIER BROWN**, or any derivative thereof. In addition, through the exclusive power of attorney, to contract for all business and legal affairs of My Copyright/Trade name **XAIVIAR BROWN AND/OR XAVIER BROWN.**

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only the attorney in fact may obligate The Copyright/Trade name in these matters, and The Copyright/Trade name cannot obligate with regard to the same. This grant of Exclusive Power is Irrevocable during the lifetime of the Title Owner/Living Soul/Man : **Xaiviar of the family Brown.**

This instrument is lawful and Enforcing **NUNC PRO TUNC and FOREVERMORE.**

Acceptance:
**XAIVIAR BROWN AND/OR XAVIER BROWN**

My Copyright/Trade name Executed and sealed by the voluntary act of my own hand. Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the Missouri Republic that the foregoing is true and correct.

I, the above-named exclusive attorney in fact, do hereby accept the fiduciary interest of the herein-named COPYRIGHT/TRADE NAME and will execute the herein-granted powers-of-attorney with due diligence.

**Xaiviar of the family Brown**, Title Owner, Attorney in Fact, With the Autograph

*Xavior of the family Brown    without recourse*
Signature of Attorney In Fact All Rights Reserved U.C.C. 1-308

### FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, and with all rights reserved,

(Printed Name:) **Xaiviar of the family Brown**
Principal, by Special Appearance, proceeding Sui Juris.

*without recourse*
Signed: *Xavior of the family Brown*
Date: 9/15/2021

On this 15th day of September, 15, before me, the undersigned, a Notary Public in and for Xaiviar Brown, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he has executed the same.

Signed: *Benjamin Ryder*
Printed Name: Benjamin Ryder

Date: 9-15-2021

[Notary Seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21363797, JEFFERSON COUNTY, STATE OF MISSOURI]