PUBLIC NOTICE AFFIDAVIT OF FACT

From: Xaiviar of the family Brown,
Address: (Grantor/Trustee to Devon Living Trust)
[9648 Olive Blvd.#466
Olivette, Mo.63132]

4:21CR 259 RLW/SRW
9/15/2021

TO BE FILED FOR THE RECORD IN THE Office Of Clerk Of The Court ,UNITED STATES DISTRIC COURT,EASTERN DISTRIC OF MISSOURI

RECEIVED
SEP 15 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

MISSOURI STATE/ REPUBLIC   )
                           ) SS ACKNOWLEDGEMENT
COUNTY OF SAINT LOUIS      )

### AFFIDAVIT OF FACT OF MY PEACEFUL INHABITANCE AS A FREEMAN ON THE LAND

## OFFICIAL PUBLIC NOTICE TO THE U.S GOVERNMENT, ALL U.S GOVERNMENT FOREIGN AND OR GOVERNMENTAL AGENTS, STATE, NATIONAL and WORLDWIDE MEDIA AND NEWS STATIONS, THE STATE OF MISSOURI AND ANY AND ALL POLITICAL SUBDIVISIONS THEREOF OF THE DOMESTIC

## *NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

I, **Xaiviar of the family Brown**; as a Secured Party, independent, conscience, **free born** and self-aware living **Freeman** on the land created under **Almighty God**, on and for the Official Public Record declare and make the **Ultimate** and **Unrebuttable Declaration** that I **Xaiviar of the family Brown**; am a **Peaceful, Non-Violent, Friendly, at ease, Unaggressive, Relaxed** and a **Peaceful Inhabitant** on the land know by or rendered as North America. It is never my intention to harm, be a threat, or in any way be a Terrorist to or against the **COMMUNITY, United States of America, U.S GOVERNMENT, UNITED STATES GOVERNMENT, GOVERNMENTAL AGENCIES, THE STATE OF MISSOURI, PUBLIC OFFICIALS, POLICE OFFICERS, JUDGES, U.S CITIZENS** and any and all **AGENCIES** or **POLITICAL SUBDIVISIONS**, therefore **FOREIGN** and/or **DOMESTIC**. I believe there is no evidence to the contrary and that none exist.

I, **Xaiviar of the family Brown**; as a Secured Party, independent, conscience, **free born** and self-aware living **Freeman** on the land created under **Almighty God**, on and for the Official Public Record declare and make the **Ultimate** and **Unrebuttable Declaration** that I

**PUBLIC NOTICE AFFIDAVIT OF FACT**

**Xaiviar of the family Brown**; do not nor have I ever had intentions of trying to overthrow, war with or harm the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF NEW YORK, U.S CITIZENS** and any and all **POLITICAL AGENCIES** or **SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC**. I believe there is no evidence to the contrary and that none exist.

I, **Xaiviar of the family Brown** as a Secured Party, independent, conscience, **free born** and self-aware living **Freeman** on the land created under **Almighty God**, on and for the Official Public Record declare and make the **Ultimate** and **Unrebuttable Declaration** that I **Xaiviar of the family Brown**; am a independent, conscience, **free born** common law abiding, taxpaying **American National**, as I pay Gas Tax, Sales Tax, Food Tax etc. Any claims to the contrary that I don't pay Taxes and don't want to pay Taxes must be done in writing by way of Sworn Affidavit on and for the Official Public Record and under penalties of the law including perjury. Anyone making false claims, presumption and or speculations not in writing by way of Sworn Affidavit on and for the Official Public Record and under penalties of the law including perjury will be sued in their unlimited Official and Personal capacity. I believe there is no evidence to the contrary and that none exist.

I, **Xaiviar of the family Brown**; as a Secured Party, independent, conscience, **free born** and self-aware living **Freeman** on the land created under **Almighty God**, on and for the Official Public Record declare and make the Ultimate and **Unrebuttable Declaration** that I **Xaiviar of the family Brown**; have not nor have I ever said, declared or established that I don't have to abide by the law, but what I do state and declare on and for the Official Public Record is that any statue, code or law that is in violation and or conflict with the **organic national Constitution of the Republic of the United States of America Un-Incorporated** is in fact null and void from the beginning. Furthermore, any law, code and or statue that is in conflict and is inconsistent with the very purpose and true meaning of the **organic national Constitution of the Republic of the United States of America Un-Incorporated** is in fact null and void, dead, making war with the constitution as well as committing Treason against the American People. For the benefit of all Public Officials, **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF NEW YORK, U.S CITIZENS, ALL LOCAL, NATIONAL and WORLDWIDE MEDIA AND NEW STATIONS** and any and all **AGENCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** it would be in your best interest before making any false claims to first know and understand the organic **national Constitution of the Republic of the United States of America Un-Incorporated** before you can truly say what the laws are.

I, **Xaiviar of the family Brown**; as a Secured Party, independent, conscience, **free born** and self-aware living **Freeman** on the land created under **Almighty God**, on and for the Official Public Record hereby, hereinafter and forever **DEMAND** that anyone involved with the **U.S, U.S. GOVERNMENT, UNITED STATES GOVERNMENT, THE STATE OF NEW YORK, U.S CITIZENS, ALL LOCAL, NATIONAL and WORLDWIDE MEDIA AND NEW STATIONS** and any and all **AGENCIES** or **POLITICAL SUBDIVISIONS** THEREOF **FOREIGN** and or **DOMESTIC** intends to make any Claim to the contrary that it must be done in writing by way of Sworn Affidavit on and for the Official Public Record and under penalties of the law including perjury. Anyone and for the Official Public Record I mean **absolutely**

PUBLIC NOTICE AFFIDAVIT OF FACT

anyone making a **False Claim** against I **Xaiviar of the family Brown**; as a Secured Party, independent, conscience, **free born** and self-aware living **Freeman** on the land created under **Almighty God**, not in writing by way of Sworn Affidavit on and for the Official Public Record and under penalties of the law including perjury will be sued in their Official as well as Private capacity. I believe there is no evidence to the contrary and that none exist.

*NOTICE TO AGENT IS NOTICE TO PRINCILAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

The Foregoing Instrument is being executed under the hand and seal of the self-aware living man and is my **Free-Will act and Deed** so help me **God**.

Autographed under penalties of Perjury.

without recourse

X _Xaiviar of the family Brown_ UCC 1-308, 3-415.

**Xaiviar of the family Brown**; self-aware living man created under **God ALL RIGHTS RESERVED.**

MISSOURI STATE/REPUBLIC )
) SS ACKNOWLEDGEMENT
COUNTY OF SAINT LOUIS   )

On this __9__ day of __15__ 2021, before me the Notary below appeared before me **Xaiviar of the family Brown**; to me known to be the **living man** described in and who executed the foregoing instrument and acknowledged before me that he executed the same as his **freewill act and deed.**

Subscribed and affirmed before me, _XAIVIAR BROWN_, Notary on the __15th__ Day of _September_ 2021.

NOTARY PRINT NAME: _Benjamin Ryder_ Date: _9-15-2021_

NOTARY SIGNATURE: _Benjamin Ryder_ Date: _9-15-2021_

NOTARY SEAL
Commission Expires: _5/27/2025_

[Notary Seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL COMMISSION 821363797, JEFFERSON COUNTY, STATE OF MISSOURI]