## Notice of Intent- Fee Schedule

From: Xaiviar of the family Brown,
Address: (Grantor/Trustee to Devon Living Trust)
[9648 Olive Blv.#466
Olivette, Mo.63132]

4:21 CR 259 RLW/SRW

To: Office Of the Clerk Of Court
UNITED STATES DISTRIC COURT
EASTERN DISTRIC OF MISSOURI
111 South 10th. St.
Saint Louis Mo.63102

RECEIVED

SEP 15 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

10

Re:   Notice of Intent and Fee Schedule

I, Xaiviar of the family Brown, hereby sends this Notice of Intent and Fee Schedule to all parties attached to Indictment 4:21 CR 259 RLW/SRW; and Case and Bond No. 4:21 CR 259 RLW/SRW Office Of Clerk Of The Court ,UNITED STATES DISTRIC COURT,EASTERN DISTRIC OF MISSOURI, is to record this notice for the record, as follows:

## Notice of Intent- Fee Schedule

To Whom It May Concern:

The annexed Notice of Intent – Fee Schedule is a schedule of mandatory fees instated by the Secured Party Creditor, Xaiviar of the family Brown, Authorized Signatory Attorney-in-fact on behalf of XAIVIAR BROWN AND/OR XAVIER BROWN, Ens Legis. I, Xaiviar of the family Brown, do hereby set forth fees to be instated in any business dealing with XAIVIAR BROWN AND/OR XAVIER BROWN for any business conducted relevant to this schedule. Fees are due and MUST be paid before said business can commence. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt. If said fees are not met, it is the right of the Secured Party Creditor, Xaiviar of the family Brown, to refuse or void any form of business interaction and/or transaction. Fees are subject to change at any time without prior notice. Secured Party Creditor, Xaiviar of the family Brown, is the only authorized personnel to alter, void, and/or enforce said fees and may do so at any time.

Without Prejudice,   without recourse

By: *Xaiviar of the family Brown*
Xaiviar of the family Brown, **American National**
**UCC1-308 without prejudice, without recourse**
**In accordance with Title 8 U.S.C § 1101(a)(21). The**
**Grantor/Executor/Director/Heir/Sole Shareholder/Chief Executive Officer**
**for XAIVIAR BROWN AND/OR XAVIER BROWN**

## Notice of Intent- Fee Schedule

## Acknowledgement

**MISSOURI STATE/REPUBLIC** )
) Scilicet
**COUNTY OF SAINT LOUIS** )

SUBSCRIBED and SWORN (or affirmed) to before me on this 15th day of September, 2021. a Notary, that XAIVIAR BROWN AND/OR XAVIER BROWN, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

Signature of Notary Public: _Benjamin Ryder_

My Commission expires: _5/27/2025_



# Notice of Intent- Fee Schedule

**Private Easements Schedule**

| | |
|---|---|
| Penalty for Private Use | $250,000.00 |

**Public Easements Schedule**

| | |
|---|---|
| Penalty for Public Use | $250,000.00 |

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders.

**Produce trade name materials:**

| | |
|---|---|
| a. Name | $50,000.00 |
| b. Drivers License Number | $50,000.00 |
| c. Social Security Number | $100,000.00 |
| d. Fingerprinting | $200,000.00 |
| e. Photographing | $200,000.00 |
| f. DNA | $5,000,000.00 |
| g. Mouth swab | $5,000,000.00 |

**Car/Personal Property Trespass, Carjacking, Theft, Interference with Commerce,**

| | |
|---|---|
| a. Agency by Estoppel | $50,000.00 |
| b. Color of Law | $150,000.00 |
| c. Implied Color of Law | $150,000.00 |
| d. Criminal Coercion | $500,000.00 |
| e. criminal Contempt of court | $500,000.00 |
| f. Estoppel by Election | $350,000.00 |
| g. Estoppel by Laches | $350,000.00 |
| h. Equitable Estoppel | $500,000.00 |
| i. Fraud | $1,000,000.00 |
| j. Fraud upon the court | $2,000,000.00 |
| k. Obstruction of Justice | $100,000.00 |
| l. Obtaining Property by False Pretenses | $1,000,000.00 |
| m. Simulating Legal Process | $1,000,000.00 |
| n. Vexatious Litigation | $5,000,000.00 |

**Use of trade name protected material under threat, duress, and/ or coercion:**

## Notice of Intent- Fee Schedule

| | |
|---|---|
| a. Name written by the informant | $250,000.00 |
| b. Drivers License written by informant | $150,000.00 |
| c. Social Security Number written by informant | $150,000.00 |
| d. Miscellaneous Material written by informant | $500,000.00 |

**Produce any personal information/property for any kind of business interaction:**

| | |
|---|---|
| a. Financial Information | $100,000.00 |
| b. Property inside of motor vehicle | $150,000.00 |

**Court Appearance Schedule**

These fees MUST be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5000.00 for breach of contract.

**Demand for Appearance in court:**

| | |
|---|---|
| a. My Appearance | |
| a. under protest and duress: | $75000.00/hour |
| b. Voluntarily | $10,000.00/hour |
| | |
| Use of trade name material | |
| a. Name under protest and duress: | $25,000.00 |
| b. Involuntarily | $10,000.00 |
| b. Drivers License | $500,00.00 |
| a. under protest and duress: | $25,000.00 |
| b. Social Security Number | $500.000.00 |

**Time usage for court appearances:**

a. 30 minutes Under Protest and Duress $33,500.00

**Transgressions-Fee Schedule**

Transgressions by public official(s), police officer(s), judge(s), attorney(s), and all other who desire to contract:

a. Failure to honor God Given Rights $20,000.00
b. Failure to honor Oath of Office $50,000.00
c. Failure to honor Constitutional Oath $50,000.00
d. Failure to honor Written and/or Oral Word $5,000.00
e. Silence/Dishonor/Default $5,000.00
f. Failure to honor /No Bond $5,000.00
g. Use of Street Address/Mailing location of Secured Party $5,000.00 each

j. Detention from Free Movement and/or cuffed $75,000.00 Minimum or per hour

## Notice of Intent- Fee Schedule

l. Incarceration $75,000.00 Minimum or per hour
m. Failure to Follow Federal and/or State Statutes,
    Codes, Rules and/or Regulations            $50,000.00
n. Failure to State a Claim upon which Relief Can Be Granted    $250,000.00
o. Failure to Present a Living Injured Party        $100,000.00
p. Failure to Provide Contract Signed by the Parties        $100,000.00*
q. Failure to Provide IRS 1099OID(s), and Other
    IRS Reporting Form(s) Requirements upon Request     $100,000.00*
r. Default By Non Response or Incomplete Response        $100,000.00*
s. Fraud                                                   $1,000,000.00*
t. Racketeering                               $1,000,000.00*
u. Theft of Public Funds                 $1,000,000.00*
v. Dishonor in Commerce                $1,000,000.00*
w. Failure to pay Counterclaim in full within (30) Thirty
    Calendar Days of Default as set forth herein        $1,000,000.00**
x. Perverting of Justice Judgment            $1,000,000.00*
y. Use of Common-law Trade-name/Trade-mark
    After One Warning (per each occurrence) $50,000.00 Each

Attempted extortion of funds from birth certificate
account, Social security account or any other
associated accounts by fraud, deception and
or Forgery by any agent, entity or corporation      $6,000,000.00 per count or charge
ff. Attempted extortion of signature             $6,000,000.00 per count or charge
gg. Attempted forgery of signature              $6,000,000.00 per count or charge

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

Kidnapping (If an alleged officer removes free soul
more than 5 feet from free soul's property without
just cause, it is kidnapping)                    $5,000,000.00

**Services to others and/or Corporation(s):**

a. Studying $500.00 per hour

## Notice of Intent- Fee Schedule

while under threat, duress, coercion $75,000.00 per hour

b. Analyzing $500.00 per hour
while under threat, duress, coercion $75,000.00 per hour

c. Research $500.00 per hour
while under threat, duress, coercion $75,000.00 per hour

d. Preparing Documents $ 500.00 per hour
while under threat, duress, coercion $75,000.00 per hour

e. Answering Questions $ 500.00 per hour
while under threat, duress, coercion $75,000.00 per hour

f. Providing Information $ 500.00 per hour
while under threat, duress, coercion $75,000.00 per hour

If invoiced, payment is due 15 days after receipt date.

Make all payments to:

XAIVIAR BROWN AND/OR XAVIER BROWN
[9648 Olive Blv.#466
Olivette, Mo.63132]

*Per Occurrence and Includes any Third-Party Defendant

** All claims are stated in US Dollars which means that a US Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as set forth herein; if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will only be assessed at Par Value as indicated above.