Indictment No. 4:21 CR00259 RLW/SRW
Exhibit A-XB

From: Xaiviar of the family Brown,　　　　　　　　　　September 15, 2021
(Grantor/Trustee to Devon Living Trust)
Address [9648 Olive Blvd.#466
Olivette, Mo.[63132]

To: Office Of the Clerk Of Court
UNITED STATES DISTRIC COURT
EASTERN DISTRIC OF MISSOURI
111 South 10th. St.
Saint Louis Mo.63102
Re:Letter Of Rogatory for Relief

**RECEIVED**
**SEP 15 2021**
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

I, Xaiviar of the family Brown, hereby sends this Notice of Mistake and Correction to all parties attached to Indictment No. 4:21 CR00259 RLW/SRW. Office Of Clerk Of The Court ,UNITED STATES DISTRIC COURT,EASTERN DISTRIC OF MISSOURI, is to record this notice for the record, as follows:

## LETTER OF ROGATORY FOR RELIEF

### Under the Hague Convention Title 18 §1781

I, Xaiviar of the family Brown, a living Soul and breathing Man and Grantor, Administrator for the XAIVIAR BROWN AND/OR XAVIER BROWN Cestui que trust, notice the Court of my Letter Of Rogatory to the **MISSOURI COURTS** and demand my name be cleared of this alleged family court case for the reasons set forth below:

**1)** I, Xaiviar of the family Brown, have learned that this alleged Court that has scheduled a case/cause/claim against me is not really a court as per the Constitution of the United States of America (not an Article III Court), but rather a military tribunal under Admiralty jurisdiction and is operated as a private, for-profit corporation listed on Dun and Bradstreet.

**2)** I have learned of the fraud that goes on behind the scenes of these alleged criminal cases, which are really civil claims in equity, and the steps taken to securitize these civil claims, without giving full disclosure to the people. I am hereby letting the court know that I am opting out of any contract and do not allow any documents regarding me or my cestui que trust to be securitized and sold to any investors etc.

**3)** As you may be fully aware, the fraudulent process is as follows: All cases are civil, though often fraudulently called criminal. The courts are operating under trust law, assuming the Defendant and Respondent is a decedent (civiliter mortus). After finding the alleged Defendant guilty, the court clerks sell the judgments to the Federal Courts. Since the Defendant and or Respondent is a decedent, presumed to be a ward of the court, incompetent and of unsound mind, the court officials consider themselves as a beneficiary as the powers that be (international bankers) have concocted a reverse trust scheme on we, the people, who are supposed to be the beneficiaries because we are the actual creditors.

**4)** When a judge asks if a person understands, he/she is asking if the person is liable for the bond. I am not responsible for the bond of this/these cases, but I will appoint the Judge as Trustee/Fiduciary and be the beneficiary of all proceeds.

Indictment No. 4:21 CR00259 RLW/SRW
Exhibit A-XB

5) The judgments are stamped with something to the effect of 'Pay To The Order Of...' on the back and taken to the federal discount window. The judgment now becomes a note

6) The notes are then pooled together and then become securities, which are yet pooled together and sold as bonds.

7) Said bonds are liens against me, a defendant-in-error.

8) The United States Attorney's Office has a put code number, NAICS (North American Identification Security Classification. Said NAICS number enables the United States Attorney's Office to trade globally all securities.

9) All US federal courts are registered with the DOD (Department of Defense), where they are registered with CCR (Contractor's Central Registration), under the DOD, which another department called DLIS (Defense Logistics Information Service), which issues a cage code, which means a commercial and government entity, which everything corresponds with their bank account.

10) Said United States Attorney's Office and Courts have a Duns number (Dun & Bradstreet).

11) Everything filed into court is securitized without the knowledge or consent of the people or of all parties involved.

12) All criminal cases not heard in an Article 3 court (District Court of the United States) are actually civil; however, the courts again commit fraud by labeling the case as criminal, even for an infraction as minimal as a parking ticket. All cases which are plead out or have a guilty conviction label the civil defendants (through unlawful conversion) as felons when they are not. This is fraud upon the people at large, and certainly fraud upon the alleged Defendants-in-error.

13) The Bank Account is at Federal Reserve Bank of New York, in New York City. The Depository Agreement is signed by the Clerk of Court.

**14) All securities are then deposited with the DTC in New York.**

15) An Escrow Agent is used as a go-between - between the Clerk's Office and the Federal Reserve Bank of New York.

16) The securities end up being listed through the Seventh Circuit (Chicago, IL), then sent to the DTCC, the clearinghouse whom lists the securities for trading.

17) All of the lawyers involved are acting as private debt collectors according to the **FDCPA (Title 15§1692).** The BAR Association exempts them from having to be registered as such; however, they operate through call warrants, which are like a put, or a call. Doing margin calls is where they convert a case through (similar to a Writ of Execution) use the case number to buy equity securities.

18) Everything filed into court is securitized and turned into negotiable instruments, and then turning them into securities. These items are sold commercial items, calling them distress debts (Unifund). The items are then pooled together in what is now called a hedge fund, where they are sold globally.

19) Anytime when there is risk management involved, it is for the securities. This is an underwriting company. When the hedge funds are going into the global market, they go through Luer Hermes, a bond holder and underwriting company and subdivision of Alliance SE, of Munich ,Germany (Pimco Bonds).

**20)** After 9 months, all paper is converted to a securities status. This is defined in **Title 15§77(a)(b)(1)** and an now considered to be an investment contract. The paper is endorsed to become a security, and the trust is then collapsed.

**21)** The courts have an account with the IMF (International Monetary Fund) under Interpol. The Judges involved and the US Attorneys involved do not have an accessible Oath of Office, because they cover up the fact that the oath of office is between them and the IMF.

**22)** The US Judges and US Attorneys are actually employees of the IMF and have expatriated out of the United States. They are now unregistered foreign agents under **Title 22**, which states all foreign agents must be registered. These hypocrites don't even adhere to their own codes.

**23)** The court judgments are deposited with the IMF. Since this case obviously involves me, I have a drawings to all proceeds. See **UCC §3-305 and §3-306, and O.C.G.A. 11-3-305 and O.C.G.A. 11-3-306**. The court judgments are monopolized according to **Title 16**, which is a violation of anti-trust laws, and also unfair trade practices.

**24)** Indictments are True Bills, meaning they are negotiable instruments. The District Attorney failed to give me a 1099 OID showing me as the recipient of the funds, which is a fraud upon me. In my case, I have not been indicted, but still request a 1099 OID, unless the court wishes to close this account.

**25)** The unlawful funds, through fraud and deception, are deposited in the Federal Reserve Bank of New York and they have not paid the tax on this income. According to the IRC, this is a §7201 of **Title 26** violation (willful failure to file with the intent to evade the tax).

**26)** A copy of the Depository Resolution Agreement was not made available to me from the Clerk of Court. The Clerk of Court makes deposits into the Federal Reserve Bank of New York via electronic funds transfers (EFT's).

**27)** The Clerk has a PMIA (Private Money Investment Account) is, which also has a government code. According to Clerks Praxis, the Clerk of the US District Court is the Registrar in Admiralty.

**28)** According to the **IRS §6209** Decoding Manual and the ADP (Automated Data Processing Manual), all 1099's are Class 5 gift and estate taxes. I am asking for a 1099 OID in this case, as I am not willing to gift you the proceeds. I am hereby asking for the proceeds in their entirety, including interest.

**29)** It is presumed that by the creation of the birth certificate my body and the labor therefrom is pledged to the State. This is patently absurd as this unilateral, quasi-contract is lacking in full disclosure to the parents and the babies still in their cribs. I have never pledged my rights nor my body, any labor thereof, nor any creation therefrom to any gifting program, including any court or court process.

**30)** I am not a charitable organization. I demand all funds from the cases (current and past cases) be sent to me within 30 days or I will file complaints to the IRS and SEC explaining the fraud and theft committed upon me, and issue a 1099 OID.

**31)** I demand my name and my cestui que trust name, XAIVIAR BROWN AND/OR XAVIER BROWN be removed from any and all government databases indicating bad credit, commercial liens and/or the titles of criminal, felon and/or debtor be removed immediately and permanently NUNC PRO TUNC.

Indictment No. 4:21 CR00259 RLW/SRW
Exhibit A-XB

32) I hereby request a copy of the Depository Resolution Agreement from the Clerk of Court. And a W-9 from the Judge and the US Attorney involved, if you wish to proceed with this case.

33) I hereby notice the Court that I am the Executor of the cestui que trust of XAIVIAR BROWN AND/OR XAVIER BROWN According to **Title 26 §303 & §7701**, companies, corporations, and associations and trusts are all decedents. This means my all capital letters name is a legal estate. My all capital letters name falls into this class. I direct all of the affairs and financial affairs of XAIVIAR BROWN AND/OR XAVIER BROWN, an Estate.

34) I demand this case/account be closed and no further steps taken to securitize it.

35) I hereby ask the Court, as my fiduciary and trustee, to notify local agents and agencies to put me on a do not disturb or detain list so that we do not have to go through this again. Additionally, I demand compensation from the **STATE OF MISSOURI** in the amount of **$50,000.00** for the commercial injury I have sustained from the loss of my property, loss of time from working, the cost of certified mailings of **AFFIDAVITS, NOTICE AND DEMAND** letters to the parties involved, the cost of filings and recordings as well as the expenses incurred for traveling as a result of being deprived of the use of my private property (automobile) which was unlawfully converted for public use.

36) I want to remain confident that the Court and its officers want to follow the law, and perhaps were unaware of the processes of civil and criminal cases and that the public policy enforcers are ignorant of the aforementioned facts regarding their often erroneous administration of the Cestui que trust.

37) I expect no further harassment from rogue unregistered foreign agents and public policy enforcers acting under color of law.

**LETTER OF ROGATORY FOR RELIEF
FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn, without prejudice, and with all rights reserved, (Printed Name:) Xaiviar of the family Brown Principal, by Special Appearance, proceeding Sui Juris.

Signed: _Xaiviar of the family Brown_ without recourse

Date: _9/15/2021_

On this _15th_ day of _September_, _15th_, before me, the undersigned, a Notary Public in and for _Xaiviar Brown_, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _Benjamin Ryder_

Printed Name: _Benjamin Ryder_

Date: _9-15-2021_

[Notary Seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21383797, JEFFERSON COUNTY, STATE OF MISSOURI, MY COMMISSION EXPIRES 06/27/2025]