Indictment No. 4:21 CR00259 RLW/SRW
Exhibit D-XB

From: Xaiviar of the family Brown,
(Grantor/Trustee to Devon Living Trust)
Address [9648 Olive Blvd.#466
Olivette, Mo.63132]

RECEIVED

SEP 15 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

September 15, 2021

To: Office Of the Clerk Of Court
UNITED STATES DISTRIC COURT
EASTERN DISTRIC OF MISSOURI
111 South 10th. St.
Saint Louis Mo.63102

Affiant, Xaiviar of the family Brown sui juris, a common man of the Republic People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth. **This Affidavit is for filing on the record in the** Office Of Clerk Of The Court ,UNITED STATES DISTRIC COURT,EASTERN DISTRIC OF MISSOURI **for court case/Indictment No. 4:21 CR00259 RLW/SRW as follows:**

## AFFIDAVIT DEMAND TO DISMISS

**Xaiviar of the family Brown demands to move the court to dismiss this case for the following reasons.**

### 1. THE RESERVATION OF MY RIGHTS.

Xaiviar of the family Brown, explicitly reserve all of my rights pursuant to UCC 1-308, performance or Acceptance Under Reservation of Rights as follows:

(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.

### 2. FURTHER ADVISEMENT

This is to advise that all of the actions of the court and all others in these cases against XAIVIAR BROWN AND/OR XAVIER BROWN are in violation of the following:

A. USC TITLE 18 > PART I > CHAPTER 13 > § 242 Deprivation of rights under color of law
B. USC TITLE 18 > PART I > CHAPTER 13 > § 241 Conspiracy against rights

WHEREFORE, Xaiviar of the family Brown, demands for the foregoing speedy relief.
without recourse

Signed _Xaiviar of the family Brown_
Without prejudice UCC 1-308

---

Indictment No. 4:21 CR00259 RLW/SRW
Exhibit D-XB

## Public Notification of Reservation of Rights

Xaiviar of the family Brown, sui juris

THIS IS A PUBLIC COMMUNICATION TO ALL
All rights reserved UCC1-308.

### Notice to agents is notice to principles
### Notice to principles is Notice to Agents
### Applications to all successors and assigns
### All are without excuse

Let it be known to all that I, Xaiviar of the family Brown explicitly reserves all of my rights pursuant to UCC1-308.

Further, let all be advised that all actions commenced against me may be in violation of,...

USC TITLE 18 > PARTI > CHAPTER 13 > § 242 Deprivation of rights under color of law

USC TITLE 18 > PARTI > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge.

without recourse

Signed _Xaiviar of the family Brown_ sui juris,

This Affidavit is dated  9/15/2021  .

NOTARY PUBLIC

STATE OF COUNTY OF  Jefferson

Subscribed and sworn to before me, a Notary Public, the above signed Xaiviar of the family Brown.

This day of  September 15th , 2021

Notary Public
MY COMMISSION EXPIRES:  5/27/2025

[Notary seal: BENJAMIN M. RYDER, NOTARY PUBLIC, NOTARY SEAL, COMMISSION #21363797, JEFFERSON COUNTY, STATE OF MISSOURI]