**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

OFFICIAL BUSINESS

Hasler
08/25/2021
US POSTAGE $00.51⁰

FIRST-CLASS MAIL

ZIP 63102
011D11622820

"REJECTED"

"addressee unknown   return back to sender"

```
XIE       691  DE 1            0009/17/21
          RETURN TO SENDER
              REFUSED
          UNABLE TO FORWARD
BC: 63102112599    *0116-03208-25-40
```

Xavier Brown
7910 Page Avenue
St. Louis, MO 63133

------------------------------------------------------------

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21 CR 259 RLW (SRW) |
| XAVIER BROWN, | ) |
| Defendant. | ) |

## ORDER CONCERNING PRETRIAL MOTIONS

On August 17, 2021, the Court granted the Federal Public Defender's motion to withdraw. Mr. Brown objected to the Court's offer to appoint a CJA Panel attorney to represent him in this case. Mr. Brown advised the Court he wanted to retain private counsel, but he would need time to hire his own lawyer. The Court granted Mr. Brown thirty days to retain counsel. Mr. Brown has not asked to represent himself in this matter.

On August 23, Mr. Brown filed a pro se document entitled "Jurisdictional Challenge." ECF No. 39. Although the document states it is a notice and not a motion, it appears to be a motion to dismiss for lack of jurisdiction. As no counsel represents Mr. Brown, and the Court has not found he is capable of representing himself, all briefing on Mr. Brown's Jurisdictional Challenge and any other pretrial motions will be stayed until the status conference on September 16, 2021, at 9:30 a.m.

Accordingly,

**IT IS HEREBY ORDERED** that briefing on all pretrial motions is stayed until the status conference on September 16, 2021, at 9:30 a.m.

/s/ *Stephen R. Welby*
STEPHEN R. WELBY
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of August, 2021.

```
MIME-Version:1.0
From:Moed_AutoSend@moed.uscourts.gov
To:MOED_ECF_Notification@moed.uscourts.gov
--Case Participants: Linda R. Lane (caseview.ecf@usdoj.gov, julie.hurst@usdoj.g
ov, linda.lane@usdoj.gov, usamoe.crimdock@usdoj.gov), Kevin Blain Gau (kevin_gau
@fd.org, moe_ecf@fd.org), St. Louis Fed Public Defender (moe_ecf@fd.org, moe_ecf
note@fd.org), District Judge Ronnie L. White (amy_mcfarland@moed.uscourts.gov, m
oed_rlw_notifications@moed.uscourts.gov, monica_moreland@moed.uscourts.gov, ronn
ie_white@moed.uscourts.gov, susan_heider@moed.uscourts.gov, thomas_limbrick@moed
.uscourts.gov), Magistrate Judge Stephen R. Welby (moed_srw_notifications@moed.u
scourts.gov, stephen_welby@moed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<9467106@moed.uscourts.gov>
Subject:Activity in Case 4:21-cr-00259-RLW-SRW USA v. Brown Order Concerning Pre
trial Motions
Content-Type: text/plain
```

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States polic
y permits attorneys of record and parties in a case (including pro se litigants)
 to receive one free electronic copy of all documents filed electronically, if r
eceipt is required by law or directed by the filer. PACER access fees apply to a
ll other users.  To avoid later charges, download a copy of each document during
 this first viewing. However, if the referenced document is a transcript, the fr
ee copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Missouri

Notice of Electronic Filing
The following transaction was entered  on 8/25/2021 10:07 AM CDT and filed on 8/25/2021

Case Name: USA v. Brown

Case Number: 4:21-cr-00259-RLW-SRW https://ecf.moed.uscourts.gov/cgi-bin/DktRpt.pl?187896

Filer:


Document Number: 40


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.moed.uscourts.gov/doc1/10719975748?caseid=187897&de_seq_num=140&magic_num=MAGIC


Docket Text:
ORDER CONCERNING PRETRIAL MOTIONS  as
to Xavier Brown -  IT IS HEREBY ORDERED that briefing on all pretrial motions
is stayed until the status conference on September 16, 2021, at 9:30 a.m.
Signed by Magistrate Judge Stephen R. Welby on 8/25/21. (KJS)


4:21-cr-00259-RLW-SRW-1 Notice has been electronically mailed to:
St. Louis Fed Public Defender (Terminated)    moe_ecfnote@fd.org, moe_ecf@fd.org

Linda R. Lane   linda.lane@usdoj.gov, caseview.ecf@usdoj.gov, julie.hurst@usdoj.gov, usamoe.crimdock@usdoj.gov

Kevin Blain Gau (Terminated)    kevin_gau@fd.org, moe_ecf@fd.org


4:21-cr-00259-RLW-SRW-1 Notice has been delivered by other means to:
Xavier Brown
7910 Page Avenue

St. Louis, MO 63133

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: n/a
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1037221849 [Date=8/25/2021] [FileNumber=9467105-0]
[10d4eec914749144b4de474b7602c2283d962f0bf1b644adb34766edc3b4349b199aa75b3377253
7851692d4c1d4c839e446cc9ca6da7762b0f5f3eaaa72346d]]