**RECEIVED**

**OCT -1 2021**

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

## Affidavit of Fact and Truth #5   (4:21CR259RLW/SRW)

This affidavit of fact and truth is created to provide THE UNITED STATES DISTRIC COURT, EASTERN DISTRIC OF MISSOURI  proof of my social  status in the State of Missouri(as a state citizen) to  the magistrate judge (Stephen R. Welby) as a living soul that I ,xaiviar from the house of brown by special appearance do testify that I (xaiviar brown )am Not a 14th ammendment US. citizen and neither am I a corporate entity .A corporate entity or corporation can only exist on paper and therefore cannot sign a power of attorney aggreement tranferring any lawful God given  rights to a living soul man (flesh and blood human being). Below are older photos showing proof of my emediate  family history of me( Xaiviar from the family Brown ) My birth Mother (Virginia    Brown) my brother (Ivory C. Brown) and my sister Veka L. Prophet who has the same last name as our birth Dad  Edward Prophet who is currently  deseased . Note: All three children(Veka L. Prophet ,Xaiviar Brown ,Ivory C. Brown ) in the photos with Mother Virginia Brown ) all have the same biological Dad whos name is written on the birth certificate attached with this form . Note: if you see the name spelling of  Xaiviar Brown/xaiviar brown  it means the same as the Xaiviar from the family of Brown used in this affidavit. I (xaiviar brown) declare that my nationality by ancestry is Moorish American .

Virginia Brown below

Xaiviar Brown below




1







Xaiuar Brown

Virginia Brown (brother)



Mother's Brother in the middle Cleveland Brown and Virginia Brown's Sisters

THIS IS A CERTIFIED COPY OF AN ORIGINAL DOCUMENT
(Do not accept if reproduced, or if seal impression cannot be felt.)

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW (sec. 193.245, 193.255, & 193.315, RSMo 2004.)



STATE OF MISSOURI
CITY OF JEFFERSON } ss   I HEREBY CERTIFY that this is an exact reproduction of the certificate for the person named therein as it now appears in the permanent records of the Bureau of Vital Records of the Missouri Department of Health and Senior Services. Witness my hand as State Registrar of Vital Records and the Seal of the Missouri Department of Health and Senior Services this date of

**APR 29 2021**

MO 580-1241 (2-2020)

*Kenneth A. Palermo*
State Registrar

VS-804B

---

DEPARTMENT OF SOCIAL SERVICES – MISSOURI DIVISION OF HEALTH
**CERTIFICATE OF LIVE BIRTH**

STATE FILE NUMBER: 124 76 205740

FILED: SEP 15 1976

| CHILD | | |
|---|---|---|
| Name: Xaiviar – Brown | Date of Birth: June 20, 1976 | Hour: 9:29 P.M |
| Sex: Male | This Birth: Single | County of Birth: – |
| City: St. Louis | Inside City Limits: Yes | Hospital: Barnes |

MOTHER — Maiden Name: Virginia – Brown, Age: 22, State of Birth: Missouri
Residence — State: Missouri, County: –, City: St. Louis 63120, Inside City Limits: Yes, Township: –, Street: 4529 Emerson

FATHER — Name: Edward – Prophet

INFORMANT: Virginia Brown — Relation to Child: Mother

Signature: *Richard M. Sandefur* — Date Signed: 8-10-76 — Attendant: M.D.
Certifier Name: Richard M. Sandefur, JR MD T-6064 — Mailing Address: Barnes Hospital Pl., St. Louis 63110

Registrar Signature: *Helen L. Livey, M.D.* — Date Received by Local Registrar: SEP 11 1976



*Xaivar Brown*

4



# STATE OF MISSOURI
## Office of Secretary of State

I, **JOHN R. ASHCROFT**, Secretary of State of the State of Missouri, and Keeper of the Great Seal thereof, hereby certify that **KENNETH J. PALERMO,** whose name is affixed to the annexed certificate was on the 29th **day of APRIL, 2021, State Registrar of Vital Statistics ,** within and for the Department of Health & Senior Services in the State of Missouri duly commissioned and qualified according to law, and duly authorized according to the laws of said State to grant said Certificate, and that full faith and credit are due his official acts.



IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 29th day of April, 2021.

*Secretary of State*

Comm. 15A (01/2017)

pg. 5.

FURTHER AFFIANT SAITH NOT.

I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of Missouri, the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that **xaiviar Brown** executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this __29__ day of _September_ (BB) in the year 2021, under penalty of perjury under the laws of the United States of America.

without prejudice UCC1-308 ___Xaiviar of the family Brown___
xaiviar (brown a living soul) of the family Brown - All rights reserved

___Virginia Brown___ 1st.
Witness
Virginia from the family Brown (birth Mother of xaiviar brown a living soul)

6

_____ 2nd. Witness
Kena Mckinney (1st. cousin a living oul  )

Witness _Ben Ryder_____ 3rd.

Print _Ben Ryder_____

SUBSCRIBED AND SWORN to this __29__ day of, September 2021. (BR)

Notary seal      [Notary seal: BENJAMIN M. RYDER, NOTARY PUBLIC, SEAL, COMMISSION #21363797, JEFFERSON COUNTY, STATE OF MISSOURI]      Benjamin Ryder 9/29/21

7