4: 21CR259 RLW/SRW

**Affidavit of Demand/Request for Prosecutor's Foreign Registration Statement &
Magistrate's Anti-Bribery Statement**

RECEIVED

OCT 0 1 2021

BY MAIL

Date: 9/24/2021 A.D

**From:** Xaiviar from the house of Brown, Proper name, pursuant to Title 18 U.S. Code § 1342 .

Natural Person, In Full Life, In Propria Persona, Sui Juris
All Rights Reserved: U.C.C.1-308/1-207;U.C.C.1-103
[c/o 9648 Olive blvd.#466
Saint, Missouri Republic, Zip Exempt [63132]
United States Republic, Continental North America
Non-Domestic, Non-Resident, via united States Mail
without the United States corporation

US Postal Mail Cert.# [                    ]

To: **U.S. Department of Justice**
**ATTN: JEFF SESSIONS**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

To: **STATE OF NEW MISSOURI ATTONEY GENERAL'S OFFICE**
**ATTN: ATTORNEY GENERAL` ERIC SCHMIT**
Supreme Court Building 207 W. High St. P.O, Box 899
Jefferson City Mo.65102

To: **Office of the Governor**
**ATTN: GOVERNOR MICHAEL L. PARSON**
P.O. Box 720
Jefferson City ,Mo.65102

To: UNITED STATES DISTRIC COURT
EASTERN DISTRIC OF MISSOURI
ATTN: Prosecutor`: [Stephen R. Welby]
111 South 10ᵗʰ St.
Saint Louis, Mo.63102

To: United States Department of Justice
**ATTN:** Director`s Office
Office of Information Policy (**OIP**)
441 G Street, Sixth Floor, NW
Washington, DC 20530

I, [Xaiviar from the house of Brown], my "proper person name" pursuant to Title 18 **U.S. Code** § 1342, demand/request for a copy of the  Prosecutor [Linda R. Lane] "Registration Statement" pursuant to the Foreign Agents Registration Act of 1938 Justice required (mandatory) public disclosure by the *Privacy Act Statement,* please see the following below:

*Privacy Act Statement.* The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.,* for the purposes of registration under the Act and underlined public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act.

1. I,Xaiviar from the house of Brown], my "proper person name" pursuant to Title 18 **U.S. Code** § 1342, demand/ request for a certified copy of Magistrate`s i.e. Judge `[Stephen R. Welby] **Anti-Bribery Statement as required by the Foreign Corrupt Practices Act of 1977 ("FCPA"), 15 U.S.C. §§ 78dd-1, et seq., and pursuant to Title 18, Sec. 201. Bribery.**

2. For the Record – Pursuant to case law [**376 US 605 Rabinowitz v. F Kennedy (13)**]

**We conclude, therefore, that petitioners, attorneys representing a foreign government in legal matters including litigation, are not exempt from registering under the Foreign Agents Registration Act.**

All parties of interest are to send all future correspondences in c/o the clearly designated numbers placed on the mail-box

Affidavit of Demand/Request for Prosecutor`s Foreign Registration Statement &
Magistrate`s Anti-Bribery Statement

indicated at the geographical location listed above herein, via United States Certified Mail. All correspondences sent otherwise will not satisfy 'Proper Service' and will be deemed contrary to proper communications. I am sure that all lawful parties are interested in Rebutting and Refuting Fraud and seeking to correct the commonly used methods of *Malfeasance*" and 'Mail Fraud' by which such unconstitutional acts have been commonly committed through *Misrepresentations*' and by callous acts of 'Misprision of Treason' and 'Secrete'.

**For The Record,**

   Please send all following communications as required (mandatory) pursuant to 18 U.S. Code § 1342 – Fictitious name or address, as in my (proper person name) that identify me as a (proper noun) i.e. as a (natural person), and **NOT** a Fictitious entity.

   **WARNING:**  18 U.S. Code MAIL FRAUD!!!

18 U.S. Code § 1342 – Fictitious name or address

Whoever, for the purpose of conducting, promoting or carrying on by means of the Postal Service, any scheme or device mentioned in **section 1341 of this title** or any other unlawful business, uses or assumes, or requests to be addressed by, any **fictitious**, false, or assumed title, name, or address or **name** other than his own **proper name,** or takes or receives from any post office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false, or assumed title, name, or address, or name other than his own proper name, shall be fined under this this title or imprisoned not more than five years, or both.

I, Xaiviar from  the house of  Brown, proper name pursuant to **Title 18 U.S. Code § 1342** affirm and attest under the laws of the united States of America, without the United States corporation, this is my truth of my Affidavit of Common Law/ F.O.I.A. Request, the whole truth and nothing but the truth, and not misleading, so help me God...; fully stating that the **Prosecutor and Magistrate understands and fully agrees to the seriousness in regards to communicating with "natural persons" in their own "proper name" as required by the code above and below and not communicating under any fictitious, false, or assumed title, name or address under the authority of** Title 18 U.S. Code **§ 1342 and fully agrees to abide by this code while communicating by way of United States Postal, personally, or use any associated organizations, corporations, partners or by Attorney(s) and not make any claims by using the United States Postal mail to commit mail fraud.**

                  Thank you for your time, patience, and full
                  cooperation and honorable service and commitment
                  to the Constitution, Federal and States

                  Yours faithfully,

                  "Without Prejudice"

                  By: *Xaivian of the house of Brown*          Date: 9/24/2021 A.D
                  **Xaiviar from the house of Brown, proper name, pursuant to Title** 18 U.S. Code § 1342

                  All Natural Rights/ Constitutional Rights "explicitly" Reserved
                  [c/o 9648 Olive Blvd.# 466
                  Saint , via Missouri Republic, Zip Exempt [63132]
                  via United States Republic, Continental North America
                  Non-Domestic, Non-Resident, via united States Mail
                  without the United States corp. ®

                  **Jurat/ Acknowledgment**

Affidavit of Demand/Request for Prosecutor`s Foreign Registration Statement &
Magistrate`s Anti-Bribery Statement

Notary Name: _Britney Ollison_

Notary Signature: _Bug Oli_          Dated: 09-24-2021

Commission Expires: 03-20-2023

**NOTARY SEAL**

BRITNEY OLLISON
Notary Public - Notary Seal
State of Missouri
St. Louis County
My Commission Expires 03-20-2023
Commission # 19962271

Copy being forwarded:
To: **Post Master General**
475 L`Enfant Plaza - Washington, DC

To: **US Marshals Service** - Police Dep.
111 South 10th. St.
Saint Louis, Mo. Republic [63102]
(**Attn**: Marshal that`s assigned to the U.S. Mail)