RECEIVED
OCT - 5 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA

"Plaintiff",

Vs.

XAVIER BROWN

(" Alleged Defendant ")

_____/

Linda R. Lane

( Attorney for "Plaintiff")

File # 00-12-00-01

Case #4:21CR259RLW/SWR

NOTICE, not a motion

Addressed to: Clerk Of Court,

111 South 10th. St.

Saint Louis,Mo.63102

## NOTICE OF 1ST. EXTENSION OF PRETRIAL DEADLINE

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Xaiviar from the family of Brown,by Special appearance, in propria persona sui juris (NOT Pro se), to hereby move the court to order the October 8, 2021 pretrial motions deadline date out for forty five (45) days until Friday November 19th,2021 in which to research , file & properly prepare all necessary documents before the pretrial motion deadline date which is set on October 8,2021 ! Note : the name spelling of Xaiviar Brown/xaiviar brown used in any of these forms /documents means the same as Xaiviar from the family Brown (a living soul and " I AM NOT" a 14th. amendment US. citizen ). The Alleged defendant's name above and on all legal documents in this case (indictement) is spelled in all capital lettering indicating its a Artifitial Person/ TRADE NAME . I ,Xaiviar from the family Brown (a living soul , flesh and blood natural person) cannot be the allegeg defendant in this case ,the two obviosly

1

are "Not THE SAME" BY LAWFUL DEFINITION ! Neither I (Xaiviar Brown )or Virginia Brown ( ntural mother) DID NOT authorize/or give voluntary consent(in writen form or verbally )," at anytime whatsoever" to create or form a company or Trade Name on behalf of myself (xaiviar brown ) durring or before my natural birth date on 6/20/1976! How can I, durring that specific date and time, being an infant newly born, being under the lawful age of the mjority, not of sound mind,body and soul give consent to anyone if I was just birthed onto this God given earth that day ! Virginia Brown (a living soul ,flesh and blood ) my natural Mother, "Did NOT EVER " consent (verbally or in writing) whatsoever to create /form or sign on my (Xaiviar Brown)behalf (NOTE: see the original birth certificate created and is located at THE MISSOURI DIVISION of VITAL RECORDS witnessed by the DOCTOR during the delivey proccess at THE HOSPITAL ,as proof, beyond a shadow of a doubt of my present existense during the creation of this document) any legal documents transferring power of attorney from herslf or me to the artifitial corporate/entities known as XAVIER BROWN (Dba.)/XAIVIAR BROWN(Dba.) mentioned above in order to transact any business in commerce under the UCC laws !

Address: Xaiviar From the family Brown
9648 Olive blvd. #466
Olivette Mo.[63132]

## CERTIFICATE OF SERVICE

I Xaiviar from the family of Brown hereby certify that on the __5__th day of __October__, 2021, the foregoing document was filed in Court, and a copy was mailed out to attorney(Linda R. Lane) at 1111 South 10th St. ,Saint Louis ,Mo.63102  on record.

_Xaiviar Brown_ _____10/05/2021

      Xaiviar Brown

Without Prejudice UCC 1-308 All rights reserved!

Address: Xaiviar From the family Brown

9648 Olive blvd. #466

Olivette Mo.[63132]

3