RECEIVED
OCT 07 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA

"Plaintiff",

Vs.

XAVIER BROWN

" Alleged Defendant "

_____/

Linda R. Lane

Attorney for "Plaintiff"

Court,

File # 00-12-00-0

Case Number 4:21CR259RLW/SWR

NOTICE, not a motion

Addressed to: Clerk Of

111 South 10th. St.

Saint Louis, Mo. 63102

## NOTICE OF 1ST. EXTENSION OF PRETRIAL DEADLINE

["Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Xaiviar from the family of Brown, by Special appearance, in propria persona sui juris (NOT Pro se), to hereby move the court to order the October 8, 2021 pretrial motions deadline date out for forty five (45) days until Friday November 19th, 2021 in which to research, file & properly prepare all necessary documents before the pretrial motion deadline date which is set on October 8, 2021.

## Certificate Of Service

I Xaiviar from the family Brown hereby certify that on __7__ th day of __October__, 2021 the foregoing document, named, <u>NOTICE OF 1st. EXTENTION OF PRETRIAL DEADLINE</u> filed in the court of the UNITED STATED DISTRIC COURT, EASTERN DISTRIC OF MISSOURI, EASTERN DIVISION and a copy was mailed out by (USPS. Certified) mail to Linda R. Lane at 111 South 10th St., Saint Louis, Mo. 63102 on the record.

All Rights Reserved UCC1-308-207 (I am a living soul and "NOT a 14th amendment U.S.citizen)!
Without prejudice!


Address :c/o
9648 Olive blvd. #466
Olivette, Mo. [63132]