**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:21-CR-259 RLW |
| v. | ) | |
| | ) | |
| XAVIER BROWN, AKA | ) | |
| "XAIVIAR" BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on pretrial matters.   Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Stephen R. Welby.   On January 7, 2022, Judge Welby filed a Report and Recommendation of United States Magistrate Judge (ECF No. 104,) which recommended that Defendant's numerous pretrial motions, notices, and other filings be denied.   Defendant Brown has waived the right to assistance of counsel and represents himself in this case, with Court-appointed standby counsel.   See Order Concerning Self-Representation (ECF No. 64).

Any objections to the Magistrate Judge's Order and Recommendation were due fourteen days after it was served.   See ECF No. 104 at 13; 28 U.S.C. § 636(b)(1)(B).   Objections were therefore due no later than January 21, 2022.   Defendant did not file any objections by that date.

The Court has carefully and independently reviewed the full record of pretrial filings and responses thereto in this matter, and listened to a recording of the hearing held before Judge Welby in this matter on December 8, 2021 (ECF No. 90).   Having done so, the Court is in full agreement with the legal conclusions and stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein.   (ECF No. 104)

**IT IS FURTHER ORDERED** that Defendant Brown's "Jurisdictional Challenge" (ECF No. 39) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "Affidavit of Demand/Request for Prosecutor's Foreign Registration Statement & Magistrate's Anti-Bribery Statement" (ECF No. 42) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Declaration of Nationality" (ECF No. 46) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Public Notification of Reservation of Rights" (ECF No. 47) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Affidavit of Foreign Status" (ECF No. 48) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Reservation of Rights" (ECF No. 49) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "UCC Financing Statement" (ECF No. 50) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Affidavit of Status as Secured Party and Creditor" (ECF No. 51) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Affidavit of Power of Attorney in Fact" (ECF No. 52) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Mistake and Correction" (ECF No. 53) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Affidavit of Fact of My Peaceful Inhabitance as a Freeman on the Land" (ECF No. 54) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Intent-Fee Schedule" (ECF No. 55) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Letter of Rogatory For Relief" (ECF No. 56) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Private Post Settlement and Closure of Indictment" (ECF No. 57) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "Affidavit Demand to Dismiss" (ECF No. 58) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Affidavit of Fact and Truth" (ECF No. 61) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "Affidavit of Demand/Request for Prosecutor's Foreign Registration Statement & Magistrate's Anti-Bribery Statement" (ECF No. 62) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "Demand for Bill of Particulars Nature and Cause of Accusation" (ECF No. 67) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Objection to Purportedly Official Record" (ECF No. 70) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "Affidavit of Demand/Request for Prosecutor's Foreign Registration Statement & Magistrate's Anti-Bribery Statement" (ECF No. 71) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "Affidavit of Demand/Request for Prosecutor's Foreign Registration Statement & Magistrate's Anti-Bribery Statement" (ECF No. 72) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "(Revised) Jurisdictional Challenge" (ECF No. 74) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Objection to Entry of Any Plea" (ECF No. 76) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Evidence of Citizenship" (ECF No. 77) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "(Updated 12/3/2021) Jurisdictional Challenge" (ECF No. 83) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Affidavit of the Living Status" (ECF No. 86) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "(updated) Demand for Bill of Particulars Nature and Cause of Accusation" (ECF No. 87) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Reservation of Rights" (ECF No. 88) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Updated Objection to Entry of Any Plea" (ECF No. 89) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "Notice of Omnibus Disqualification of all Government Officers and Law Enforcement Personnel as Unregistered Foreign Agents" (ECF No. 91) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "(Updated 12/7/2021) Jurisdictional Challenge" (ECF No. 92) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Affidavit of Truth and Fact 6" (ECF No. 96) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Notice of "Edited Affidavit of Truth and Fact 6" (ECF No. 97) is **DENIED**.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 25th day of January, 2022.