Case: 4:21-cr-00259-CDP   Doc. #: 264   Filed: 02/20/24   Page: 1 of 1 PageID #: 2379

RECEIVED
FEB 20 2024
BY MAIL

senton 2/15/2024

To Clerk of Court;

Case No. 4:21CR259RLW-1

Attached are the supporting dockuments sent to me (Xaiviar from the family Brown, living man, living soul) by Attorney Andrew J. Sottile (3 dockuments) in support of my last filing with the court (Pitition FOR EXTENTION OF TIME). These 3 dockuments (Doc.#14, Doc.#93 and the copy of the envelope he (Mr. Sottile) sent them in is the "only" mail I have ever recieved from Attorney Andrew J. Sottile since the Sentencing hearing or final Judgement. I still have "NOT" recieved the case work file/discovery from him. Further;

Please file these dockumets as evidence in support of my last filing to Judge Ronnie L. White request for Extention of time to file the 255 motion (ineffective assistance of council). Thanks!

Oh, and please make sure Judge Ronnie L White recieves a copy for himself.

Address: XAVIER BROWN 45301-509
Marion U.S. Penetentiary
P.O. Box 1000
Marion IL. 62959

(expressed) UCC1-308
without prejudice

Xavier from the family Brown
(living man, living soul)