RECEIVED
MAR 07 2024
BY MAIL

PLEASE FILE THESE DOC'S

WITH THE CLERK OF COURT, EASTERN DIST.

INTO THE RECORD FOR ME,

RESPECTFULLY SUBMITTED

TO: (JUDGE) RONNI L. WHITE 3/3/2024

(eXpressed) → UCC1-308 WITHOUT PREJUDICE

Xavier from the family Brown
(living man, living soul)

RECEIVED
MAR 07 2024
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Date sent out 3/3/2024

| UNITED STATES OF AMERICA | Case no. 4:21CR00259RLW-1 |
|---|---|
| V. | (DISTRICT JUDGE) RONNIE L. WHITE |
| XAVIER BROWN | 111 South 10th St. |
| | St. Louis, Mo. 63102 |

## NOTICE TO JUDGE RONNIE L. WHITE

Comes Now, Xavier from the Family Brown (living man, living soul) under threat, duress and coersion: by special/restricted appearance: under UCC1-308 WITHOUT PREJUDICE in propria persona sui juris to notify (DISTRICT JUDGE) Ronnie L. White of the latest correspondence between me and (Attorney) Andrew J. Sottile concerning me "Not" recieving the entire casework file/discovery from him or his office. Attached are 2 two copies of the response from the MISSOURI BAR ASSOSIATION about my complaints to them concerning my repeated request to Attorney Andrew J. Sottile to send me the "entire" casework file/discovery and also my request for proof that he mailed me the thumbdrive. As of today (3/3/2024) I personally have "Not" gotten one single letter in writing from Andrew J. Sottile explaning why he cant send me copies of several of my recent request. I asked him to send me the accompanying affidavits for the two documents he recently mailed to me; Doc#14, Doc#93 (arrest warrants) which I did receive (I mailed copies to the court already) except he didnt send me my other requested copies of prima facie evidence of the OHIO state case for theft 5th. digree in the OHIO COURT OF COMMON PLEAS (criminal div.) the case used in trial. I recently responded back to the Missouri BAR Ass. asking them to send me the proof that he sent me the thumb drive. Im still waiting for their response. Respectfully submitted, Xavier from the
(expressed)
family Brown UCC1-308 WITHOUT PREJUDICE.

pg. 1 of 4

# OFFICE OF CHIEF DISCIPLINARY COUNSEL 

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI 65109-1016
PHONE: (573) 635-7400
FAX: (573) 635-2240

February 20, 2024

Mr. Xavier Brown
Reg. No.: 45301-509
Marion U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

Re: Attorney Andrew J. Sottile
OCDC File#: IR-23-1802

Dear Mr. Brown:

Our office received your additional comments dated February 5, 2024 regarding attorney, Andrew J. Sottile. Your correspondence was directed to our Informal Resolution Program.

We contacted Mr. Sottile for a second time on February 13, 2024 and conveyed your continued concerns that you did not receive your entire case file/discovery.

Our office received notification from Mr. Sottile that your brother indicated he would pick up your file/discovery from Mr. Sottile's office; however, then indicated Mr. Sottile should mail it directly to you. Mr. Sottile provided our office with proof that in 2022 he mailed you a thumb-drive via FedEx overnight delivery that contained your entire file/discovery; however, that mail was returned to Mr. Sottile as "Refusal to Accept". On December 29, 2023, Mr. Sottile mailed a second thumb-drive to you at Marion Federal Facility that contained your entire case file/discovery.

We thank you for bringing this matter to our attention. Enclosed is a copy of our letter to you dated January 23, 2024. The involvement of this office with regard to this issue has been concluded.

Sincerely,
Office of Chief Disciplinary Counsel

Enclosure

cc: Andrew J. Sottile

# OFFICE OF CHIEF DISCIPLINARY COUNSEL 

SUPREME COURT OF MISSOURI

3327 AMERICAN AVENUE
JEFFERSON CITY, MISSOURI 65109-1016
PHONE: (573) 635-7400
FAX: (573) 635-2240

January 23, 2024

Mr. Xavier Brown
Reg. No.: 45301-509
Marion U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

Re: Attorney Andrew J. Sottile
OCDC File#: IR-23-1802

Dear Mr. Brown:

Our office received your letter of complaint dated November 2, 2023 regarding attorney, Andrew J. Sottile. Your correspondence was directed to our Informal Resolution Program.

We contacted Mr. Sottile and conveyed your concerns regarding obtaining a copy of your case file / discovery. Our office received notification from Mr. Sottile that he provided you with a copy.

Mr. Sottile indicated he would document this update in writing and forward correspondence to you.

We thank you for bringing this matter to our attention. The involvement of this office with regard to this issue has been concluded at this time.

Sincerely,
Office of Chief Disciplinary Counsel

cc: Andrew J. Sottile

# CERTIFICATE OF SERVICE

I, Xavier from the family Brown (living man, living soul) do certify that the following document titled: NOTICE TO JUDGE RONNIE L. WHITE, was mailed (U.S.P.S) from the MARION U.S. PENITENTIARY, P.O. Box 1000, MARION IL. 62959 ON 3/3/2024 to JUDGE RONNIE L WHITE Located at UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF MISSOURI to be lawfully recieved and filed into the court of record without delay whos legal address is 111 South 10th St, St. Louis, Mo. 63102.

(expressed) → UCC1-308 WITHOUT PREJUDICE

Xavier from the family Brown
(living man, living soul)

Address (expressed) ↓ UCC1-308 WITHOUT PREJUDICE

XAVIER BROWN 45301-509
MARION U.S. PENITENTIARY
P.O. Box 1000
MARION, IL. 62595

XAVIER BROWN 45301-509 (under duress) (expressed)
MARION U.S. PENITENTIARY      ↓
P.O. BOX 1000                UCC1-308 WITHOUT PREJUDICE
MARION, IL. 62959



SAINT LOUIS MO 630
5 MAR 2024 PM 4 L

**RECEIVED**
MAR 07 2024
**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Attn: (DISTRICT JUDGE) RONNIE L. WHITE
111 South 10th. st.
St. Louis, Mo. 63102