UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

XAVIER BROWN

RECEIVED
MAR 18 2024
BY MAIL

Date sent 3/11/2024
Case no. 4:21CR00259 RLW-1

Attn. CLERK OF COURT (Gregory J. Linhares)

111 South 10th St.
St. Louis, Mo. 63102

## NOTICE OF CHANGE OF NEW ADDRESS

Comes Now Xaiviar from the family Brown (living man, living soul) under threat, duress and coercion by special restricted appearance; under UCC1-308 WITHOUT PREJUDICE (EXPRESSED); in propria persona sui Juris to Notify the court of the new Change of address (F.C.I. FORREST CITY LOW, P.O. Box 9000, FORREST CITY, AR. 72336) from the old address: MARION U.S. PENITENTIARY, P.O. BOX 1000, MARION IL. 62959.

Respectfully Submitted;
(expressed) UCC1-308 WITHOUT PREJUDICE
Xaiviar from the family Brown
(living man, living soul)

# CERTIFICATE OF SERVICE

I Xaiviar from the family Brown do certify that the following document title: NOTICE OF CHANGE OF NEW ADDRESS was placed in the outgoing mailbox (U.S.P.S.) on 3/11/2024 located at, F.C.I. FORREST CITY LOW, P.O. Box 9000, FORREST CITY AR. 72336 to be mailed to the CLERK OF COURT located at 111 South 10th. St., St. Louis, MO. 63102 to be lawfully recieved and filed into the court of record without delay.

Respectfully Submitted (expressed) UCC1-308 WITHOUT PREJUDICE

Xaiviar from the family Brown
(living man, living soul)

Address:
XAVIER BROWN 45301-509
F.C.I FORREST CITY LOW
P.O. Box 9000
FORREST CITY, AR. 72336

**RECEIVED**

MAR 1 8 2024

**BY MAIL**

Attn: Clerk of Court  3/11/2024

Please send me a updated doc. sheet with the name and address of the U.S. Probation officers AMY LYNN (PSI.) on the cover sheet, thanks!

Her name has been removed from the original doc. sheet. I need her contact info. so I can write her.

Xavier Brown 45301-509  
F.C.I. Forrest City Low  
P.O. Box 9000  
Forrest City, AR. 72336

BY MAIL

RECEIVED  
MAR 18 2024

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF MISSOURI  
(CLERK OF COURT)  
111 South 10th St.  
St. Louis, Mo. 63102  
63102-112894

MEMPHIS TN 380  
12 MAR 2024 PM 1 L